:TO The Clerk OF The United State District Court.

FILED
2007 NOV 28 P 3:17
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA

IN The Case OF "IVAN Vernord Cleveland, Plaintiff," Vs. Ben Curry, Warden, et Al. Case NO. C-07-2809 JF (PR). Plaintiff Would Like To "Respectfully" Ask The Clerk For A up-dated Docket-Sheet, And A Copy of Summons When Serve To each Defendant.

Reason being That due To Filing This Law-suit) Retaliation is In Full effect By Some of The officers At This Institution. ON 11-09-07) A officer by Name of Hernandez Search Plaintiffs Cell And made untrue Statements And Also Took Some legal Papers Concerning This Case. When ask, He didn't want To Discuss It. This Is The Reason For Plaintiffs Request For These Copies. 'See-Attach-page.' (Exhibit)

(Date- 11-25-07)

Thank You, Sincerely Yours
Ivan Cleveland

IVAN Cleveland.
Correctional Training Facility
P.O. Box 689 - F Wing-256-L
Soledad, CA- 93960-0689

CDC 128A   Cleveland_____, H-60545____, FW-256____
              (Name)                (CDC #)        (Housing)

CCR § 3005 (b) - FAILURE TO OBEY A DIRECTIVE

In June 2007, a written directive was posted in the 'F' Wing Housing Unit notifying all inmates to remove all window coverings and curtains within their cells and that failure to do so would result in the issuance of a CDC Form 128-A, Custodial Counseling. On 11-09-07, a random search of cell 256 revealed that Inmate Cleveland, CDC # H-60545, assigned to the (upper) / (lower) bunk was found in violation of this directive by having (a curtain obstructing a clear view of his bunk area) / (a window covering prohibiting adequate light to see into the cell). Inmate Cleveland was informed that this violation serves to threaten security by prohibiting staff a clear and unobstructed view of his assigned living quarters. Inmate Cleveland was counseled and reprimanded regarding this matter and was (receptive) / (unreceptive) to this verbal warning. Further, he was informed that any future violations of this nature would result in progressive disciplinary action.


___Hernandez, O_____, Correctional Officer
'F' Wing Housing Unit Officer
CTF Central Facility


(Supervisory Review and Approval)



_____, Correctional Sergeant
Unit III Program Sergeant
CTF Central Facility