1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5824
    Fax: (415) 703-5843
8   Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Sather, Abanico, Curry, and
   Crawford

10

11

12                   IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15  | IVAN VERNARD CLEVELAND, | C 07-2809 JF (PR) |
16  |                Plaintiff, | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
17  |         v. | |
18  | BEN CURRY, Warden, et al., | |
19  |                Defendants. | |

20

21      Defendants Sather, Abanico, Curry, and Crawford (Defendants) respectfully request a sixty-

22  day extension of time, up to and including March 31, 2008, in which to file and serve a

23  dispositive motion.

24  //

25  //

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                                   *Cleveland v. Curry, et al.*
                                                                         C 07-2809 JF (PR)

1    As explained fully in the accompanying declaration of counsel, Defendants seek this

2  extension of time because their counsel has two summary-judgment motions due in February.

3  Also, documents likely supportive of Defendants' anticipated dispositive motion cannot be

4  obtained before the date Defendants are presently required to file a dispositive motion.  Finally,

5  when supportive documents arrive, additional time may be required to obtain declarations in

6  support of the anticipated dispositive motion.

7

8         Dated: January 29, 2008

9                           Respectfully submitted,

10                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

11                          DAVID S. CHANEY
                            Chief Assistant Attorney General
12
                            FRANCES T. GRUNDER
13                          Senior Assistant Attorney General

14                          THOMAS S. PATTERSON
                            Supervising Deputy Attorney General

15

16

17

18                          KENNETH T. ROOST
                            Deputy Attorney General
                            Attorneys for Defendants
19                          Sather, Abanico, Curry, and Crawford

20

21  40211750.wpd
    SF2007403404
22

23

24

25

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                          *Cleveland v. Curry, et al.*
                                                               C 07-2809 JF (PR)

2

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:    **Ivan Vernard Cleveland v. Ben Curry, Warden, et al.**

No.:    **C 07-2809 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On **January 29, 2008**, I served the attached

**1)  DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**2)  DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**3)  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with the **California Overnight Service**, addressed as follows:

Ivan Cleveland  (H-60545)
Correctional Training Facility
5 miles North Highway 101 N
Soledad, CA  93960
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 29, 2008**, at San Francisco, California.

| R. Panganiban | /S/R. Panganiban |
|---|---|
| Declarant | Signature |

40211960.wpd