1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5824
Fax: (415) 703-5843
8 | Email: Ken.Roost@doj.ca.gov

9 | Attorneys for Defendants Sather, Abanico, Curry, and
Crawford

10

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | SAN JOSE DIVISION

15 | **IVAN VERNARD CLEVELAND,**    C 07-2809 JF (PR)

16 | Plaintiff,    **DECLARATION OF
KENNETH T. ROOST IN**

17 | v.    **SUPPORT OF DEFENDANTS'
MOTION FOR EXTENSION**

18 | **BEN CURRY, Warden, et al.,**    **OF TIME TO FILE
DISPOSITIVE MOTION**

19 | Defendants.

20

21 | I, Kenneth T. Roost, declare:

22 | 1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of

23 | record for Defendants Sather, Abanico, Curry, and Crawford (Defendants) in this matter. I am

24 | competent to testify to the matters set forth in this declaration, and if called upon by this Court,

25 | would do so. I submit this declaration in support of Defendants' request for an extension of time

26 | to file a dispositive motion.

27 | 2.    Defendants' counsel completed two dispositive motions this January, and is preparing

28 | two summary-judgment motions due in February. Because of this extra case work, counsel needs

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.    *Cleveland v. Curry, et al.*
C 07-2809 JF (PR)

1  additional time to prepare for the dispositive motion in this case.

2      3.    In addition, Defendants' counsel has yet to receive requested documents that will be

3  necessary to support Defendants' anticipated dispositive motion. When the documents do arrive,

4  more time may be required to obtain declarations in support of the anticipated dispositive

5  motion. Counsel therefore respectfully requests an extension of time for an additional sixty days

6  in which to file a dispositive motion, so that it must be filed on or before March 31, 2008 rather

7  than January 31, 2008.

8      4.    This request for an extension of time is not made for the purpose of harassment, undue

9  delay, or any improper reason. Granting this time extension will not otherwise affect the case

10  schedule because this extension concerns Defendants' first dispositive motion, and no other case-

11  related dates have been set. Defendants have made no other requests for an extension of time in

12  this case.

13      5.    Plaintiff is confined in state prison and cannot easily be contacted concerning an

14  extension of time. In addition, because it is difficult to deliver a copy of this motion to Plaintiff

15  the same day it is filed, Defendants are serving the motion on Plaintiff by overnight mail.

16      I declare under penalty of perjury that I have read this document, and its contents are true of

17  my own knowledge, except as to matters stated upon information, which I believe are true.

18      Executed on January 29, 2008 at San Francisco, California.

19

20

          Kenneth T. Roost

21

22

23  40211760.wpd
    SF2007403404

24

25

26

27

28

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.

*Cleveland v. Curry, et al.*
C 07-2809 JF (PR)

2