IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IVAN VERNARD CLEVELAND,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>　　　　　　　　　　　Defendants. | C 07-2809 JF (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

The Court, having considered Defendants' motion for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS ORDERED** that Defendants shall be granted a sixty-day extension of time, to and including March 31, 2008, to file a dispositive motion. Plaintiff's opposition will be due on April 30, 2008, and Defendants' reply will be due on May 15, 2008.

DATED: _____

　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ProposedOrderCleveland.wpd
SF2007403404

[Proposed] Order Granting Defs.' EOT File Dispositive Mot.　　　　*Cleveland v. Curry, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-2809 JF (PR)

1