1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DAVID S. CHANEY
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  THOMAS S. PATTERSON
Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Sather, Abanico, Curry, and
Crawford

10

11

12                IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15  IVAN VERNARD CLEVELAND,                         C 07-2809 JF (PR)

16                              Plaintiff,          DEFENDANTS' WAIVER OF
                                                    REPLY UNDER 42 U.S.C. §
17            v.                                    1997e(g); DEMAND FOR
                                                    JURY TRIAL
18  BEN CURRY, Warden, et al.,

19                              Defendants.

20

21  I.    Defendants Waive Their Right to Reply to the Complaint.

22       Defendants Sather, Abanico, Curry, and Crawford (Defendants) waive their right to reply to

23  the complaint under 42 U.S.C. § 1997e(g).  Under 42 U.S.C. § 1997e(g):

24       Any defendant may waive the right to reply to any action brought by a prisoner

25       confined in any jail, prison, or other correctional facility under . . . Federal law.

26       Notwithstanding any other law or rule of procedure, such a waiver shall not

27       constitute an admission of the allegations contained in the complaint.  No relief

28       shall be granted to the plaintiff unless a reply has been filed.

Defs.' Waiver of Reply; Demand for Jury Trial                      Cleveland v. Curry, et al.
                                                                   C 07-2809 JF (PR)

1

1  However, "the Court may require any defendant to reply to a complaint brought under this

2  section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42

3  U.S.C. § 1997e(g)(2).

4       Here, the Court has set a schedule for dispositive motions, but has not required any reply.

5  (*See* Order Directing Defs. to File Dispositive Mot. or Notice Re. such Mot.)

6  **II.    Defendants Request a Jury Trial.**

7       Defendants demand a trial by jury in this case.  Fed. R. Civ. P. 38(b).

8

9       Dated: January 29, 2008

10                          Respectfully submitted,

11                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

12                          DAVID S. CHANEY
                            Chief Assistant Attorney General
13
                            FRANCES T. GRUNDER
14                          Senior Assistant Attorney General

                            THOMAS S. PATTERSON
15                          Supervising Deputy Attorney General

16

17

18

                            KENNETH T. ROOST
19                          Deputy Attorney General
                            Attorneys for Defendants
20                          Sather, Abanico, Curry, and Crawford

21

22  40211745.wpd
    SF2007403404
23

24

25

26

27

28

Defs.' Waiver of Reply; Demand for Jury Trial                    *Cleveland v. Curry, et al.*
                                                                C 07-2809 JF (PR)

**<u>DECLARATION OF SERVICE BY OVERNIGHT COURIER</u>**

Case Name:    **Ivan Vernard Cleveland v. Ben Curry, Warden, et al.**

Case No.:    **C 07-2809 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On **<u>January 29, 2008</u>**, I served the attached

**DEFENDANTS' WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g); DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in a sealed envelope with the **California Overnight Service**, addressed as follows:

Ivan Cleveland  (H-60545)
Correctional Training Facility
5 miles North Highway 101 N
Soledad, CA  93960
Pro Per


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **<u>January 29, 2008</u>**, at San Francisco, California.


|  |  |
| --- | --- |
| R. Panganiban | /S/R. Panganiban |
| Declarant | Signature |


40211943.wpd