**E-file 1/31/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IVAN VERNARD CLEVELAND,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>                              Defendants. | C 07-2809 JF (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

The Court, having considered Defendants' motion for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS ORDERED** that Defendants shall be granted a sixty-day extension of time, to and including March 31, 2008, to file a dispositive motion. Plaintiff's opposition will be due on April 30, 2008, and Defendants' reply will be due on May 15, 2008.

DATED:   1/31/08

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

ProposedOrderCleveland.wpd
SF2007403404

[Proposed] Order Granting Defs.' EOT File Dispositive Mot.                                   *Cleveland v. Curry, et al.*
                                                                                              C 07-2809 JF (PR)

1