# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

11/14/2007 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IVAN VERNARD CLEVELAND | C07-02809-JF |
| DEFENDANT | TYPE OF PROCESS |
| BEN CURRY, WARDEN ET AL | SEE BELOW |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
K. SATHER, CHIEF MEDICAL OFFICER   CORRECTIONAL TRAINING FACILITY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO BOX 689 SOLEDAD, CA 93960

FILED
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

IVAN VERNARD CLEVELAND H-60545
CTF-SOLEDAD
P.O. BOX 689
F-WING 256-UP
SOLEDAD, CA 93960-0689

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
GORDANA MACIC    [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 11/8/2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin: No. 11
District to Serve: No. 11
Date: 11/21/07

I hereby certify and return that I [X] have legal evidence of service...

Date of Service: 02/11/08    Time: U.S. Mail

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:
11/21/07 Mailed U.S. Mail.
02/11/08 Received acknowledgement of service EXECUTED

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

IVAN VERNARD CLEVELAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-02809 JF

V.

BEN CURRY, Warden, et al

TO:

K. SATHER, Chief Medical Officer
Correctional Training Facility

PO Box 689

Soledad, CA 93960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

**Ivan Vernord Cleveland**
H-60545
CTF-Soledad
P.O. Box 689
F-Wing 256-up
Soledad, CA 93960-0689

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Gordana Macic
(BY) DEPUTY CLERK

November 8, 2007
DATE

EXECUTED

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 02/11/08 |
| Name of SERVER (PRINT) Donaco Harris Jr | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received acknowledgement of service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45 | TOTAL $45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/11/08
            Date

Signature of Server
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
Address of Server

**EXECUTED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.