**U.S. Department of Justice**
**United States Marshals Service**

11/14/2005 **ENTERED**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IVAN VERNARD CLEVELAND | C07-02809 JF |
| DEFENDANT | TYPE OF PROCESS |
| BEN CURRY, WARDEN, ET AL. | SEE BELOW |

FILED 2008 FEB 22 P 2:08
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO DIST. OF CA. S.J

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MR. CRAWFORD, HEAD LIBRARIAN   CORRECTIONAL TRAINING FACILITY

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO BOX 689   SOLEDAD, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

IVAN VERNARD CLEVELAND H-60545
CTF-SOLEDAD
P.O. BOX 689
F-WING 256-UP
SOLEDAD, CA 93960-0689

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
GORDANA MACIC  /s/ Gordana Macic      ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5382
DATE: 11/8/2007

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 11 | 11 | [signature] | 11/21/07 |

☐ I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 01/29/08 | US Mail | pm |

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | $45 | | $45 | |

REMARKS:
11/21/2007 Mailed U.S. Mail
02/11/2008 Received acknowledgement of Service

EXECUTED

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

IVAN VERNARD CLEVELAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-02809 JF

V.

BEN CURRY, Warden, et al

TO:

Mr. CRAWFORD, Head Librarian
Correctional Training Facility

PO Box 689

Soledad, CA 93960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

**Ivan Vernord Cleveland**
H-60545
CTF-Soledad
P.O. Box 689
F-Wing 256-up
Soledad, CA 93960-0689

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

November 8, 2007
DATE

Gordana Macic
(BY) DEPUTY CLERK

EXECUTED

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

**DATE:** 01/29/08

**Name of SERVER (PRINT):** Donald Harris Jr

**TITLE:** USMS

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received acknowledgement of service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/11/08
Date

Signature of Server
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
Address of Server

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.