EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants
Sather, Crawford, Curry, and Abanico

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>                         Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                        Defendants. | C 07-2809 JF (PR)<br><br>**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, N. Grannis, declare as follows:

1.   I am employed as the Chief of Inmate Appeals by the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of each of the matters set forth below and if called as a witness could and would competently testify thereto. I submit this Declaration in support of Defendants' motion to dismiss.

2.   I am responsible for the oversight of the CDCR's Inmate Appeals Branch. In that capacity, I have obtained personal knowledge of the inmate appeals process and departmental rules and regulations.

Decl. Grannis Supp. Defs.' Mot. Dismiss                                                     *Cleveland v. Curry, et al.*
                                                                                              C 07-2809 JF (PR)

1

3. The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review within the administrative-appeal system, the Director's level, since 1993.

4. The inmate-appeal records are made at or near the time that the inmate grievances are investigated and decided, and they are made by a person with knowledge of the matters addressed, or according to information provided by a person with knowledge of those matters. These appeal records are made and kept in the course of regularly conducted activity, as a regular practice.

5. Attached as Exhibit A is a true and correct copy of the Inmate Appeals Branch computer printout report, which dates back to 1993, of each inmate appeal that was submitted by inmate Ivan Cleveland (Plaintiff), completed all levels of review, and culminated in a final review by the Director's level. Plaintiff's CDCR No. is H–60545. Plaintiff's four fully exhausted appeals are listed under "Accepted Appeals."

6. Also in Exhibit A is a true and correct copy of the Inmate Appeals Branch computer printout report, which dates back to 2000, of each inmate appeal that was submitted by Plaintiff and screened out. Plaintiff's four screened-out appeals are listed under "Screen Outs."

7. Exhibit A indicates that Plaintiff has been housed at the Correctional Training Facility (CTF) since September 21, 2005. Appeals are assigned institutional log numbers to identify the prison from which the appeal originated. Institutional log numbers rising from CTF begin with the "CTF-" prefix.

7. Exhibit A demonstrates that since 1993, Plaintiff has submitted four appeals culminating in final review by the Director's Level. Exhibit A shows that three of these exhausted appeals originated from CTF, and are identified by the following institutional log numbers: CTF-06-03011, CTF-07-01924, and CTF-07-01050.

8. Exhibit A also shows that since 2000, Plaintiff has submitted four appeals to the Inmate Appeals Branch that were screened out. As Exhibit A demonstrates, one of these screened-out appeals does not have a corresponding Institutional Log Number; this appeal concerned a transfer issue, and was not completed through the second level. Exhibit A further

1  shows that only one of the three remaining screened-out appeals originated from CTF; this
2  appeal is identified by institutional log number CTF-07-02428.
3
4      I declare under penalty of perjury that the foregoing is true and correct. Executed at
5  Sacramento, California, on March 27, 2008.

N. Grannis
Chief, Inmate Appeals Branch

Decl. Grannis Supp. Defs.' Mot. Dismiss

*Cleveland v. Curry, et al.*
C 07-2809 JF (PR)

3