# EXHIBIT A

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

12/19/2007

Appellant Appeal History
CDCR Number: H60545

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| H60545 | CLEVELAND, IVAN | CTF | 09/21/2005 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0408770 | WORK INCENTIVE | Prior to subcategory | 03/02/2005 | FSP-04-01855 | 05/26/2005 | 05/26/2005 | DENIED |
| 0607122 | STAFF COMPLAINTS | Prior to subcategory | 12/18/2006 | CTF-06-03011 | 03/19/2007 | 03/07/2007 | DENIED |
| 0616440 | TRANSFER | Prior to subcategory | 06/13/2007 | CTF-07-01924 | 09/07/2007 | 08/28/2007 | DENIED |
| 0617466 (Group) | PROPERTY | Staff negligence | 06/25/2007 | CTF-07-01050 | 09/18/2007 | 09/21/2007 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0408770 | WORK INCENTIVE | Prior to subcategory | 05/31/2005 | FSP-04-01855 | 05/31/2005 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0708797 | STAFF COMPLAINTS | Prior to subcategory | 09/21/2007 | CTF-07-02428 | 10/23/2007 | | MISSING DOCUMENTATION |
| 5010961 | TRANSFER | Prior to subcategory | 08/22/2005 | SQ-05-1928 | 08/22/2005 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5019777 | TRANSFER | Prior to subcategory | 03/27/2006 | | 03/27/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |