# EXHIBIT B

Case 5:07-cv-02809-JF   Document 28-3   Filed 04/01/2008   Page 1 of 3

State of California                                         Department of Corrections and Rehabilitation

# Memorandum

Date:    December 15, 2006

To:      **INMATE CLEVELAND**
         FW-256U
         CENTRAL FACILITY

         H60545

Subject:  **RESPONSE TO YOUR CORRESPONDENCE ADDRESSED TO INTERNAL AFFAIRS**

Inmate Cleveland,

I am in receipt of four (4) letters of correspondence you sent to the Office of Internal Affairs requesting an investigation into the actions of Correctional Officer E. Abanico. Your correspondence has been reviewed by the Office of Internal Affairs and was sent to Warden Curry for review and disposition and has subsequently been referred to my office for response.

Upon review of your correspondence, I find you basically find issue with the method in which Officer Abanico conducts clothed body searches. In response to your correspondence I find that you filed an inmate group appeal (CDCR-602), Appeal Log Number: CTF-C-06-03011 on or about September 6, 2006. Records obtained from the CTF Appeals Office indicate that your appeal was designated and processed as a Staff Complaint. On October 20, 2006 you were interviewed by Correctional Sergeant D. Mansfield, CTF's Security and Investigations Unit in an attempt to resolve your issue at the First Level of review. On October 30, 2006 your appeal was Partially Granted and returned to you.

Dissatisfied with the First Level reviewer's response you re-submitted the appeal at the Second Level of review. Here again, Appeal records indicate that on November 30, 2006 your request for a Second Level review was completed, and again the finding of Partially Granted was determined. If you are dissatisfied with the Second Level Reviewer's decision, you may request a Director's Level Review.

Lastly, Correctional Staff Training Documents were reviewed concerning the clothed body search process/procedures as outlined in the C-Post Training Lesson Plan. The lesson plan stated in part; "tell the inmate to spread his feet apart and point his toes outward. Have the inmate spread his legs wide enough to keep them in position of disadvantage. Cup the groin to check for contraband". Furthermore, during the month of November, Central Facility conducted On-The-Job training classes in the area of "Clothed Body Searches" according to the C-Post Lesson Plan in an effort to train staff on the approved method of conducting searches of our inmate population.

Inmate Cleveland, upon review of the above, I believe you have been provided a comprehensive response to your appeal issues.

Should you have additional concerns, please address them to your Facility Captain.

W. COHEN
Chief Deputy Warden
CTF-North/South Facilities

cc: B. Curry, Warden
    Joe Galvan, Senior Special Agent