# EXHIBIT F

TO: The Chief Medical

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. CTF-C
2. _____

Log No.
1. 06-03358
2. _____

Category 8-8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: I. Cleveland
NUMBER: H-60545
ASSIGNMENT: A-1-A
UNIT/ROOM NUMBER: F-Wing-256

A. Describe Problem: Inmate Cleveland Has been Trying To Received Dental Care since Sept-05" He has File A 602" Greivance, on 5-23-06- That Was Granted on The First Level Appeal Log-No: CTF-C-06-01608., Dentist Was Replace, Forcing Inmate Cleveland To File Greivance on Second Level Requesting Another Dentist.

See-Attach pg.

If you need more space, attach one additional sheet. Witness- Officer K. Lewis:

B. Action Requested: That The Appeal issue in The Log Number CTF-C-06-01608. be Sent Back To Inmate Cleveland, So That This Inmate may Send To Sacramento/An Courts: And That California Training Facility pay Inmate Cleveland In The Amount of 10,000 For pain and suffering, an Institution; humiliation;

Inmate/Parolee Signature: _____
Date Submitted: 10-10-06

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: 06-03358

RECEIVED OCT 12 2006 CTF APPEALS
RECEIVED OCT 13 2006 CTF APPEALS

First Level  ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __OCT 13 2006__ Due Date: __NOV 29 2006__

Interviewed by: _New Appeal # CTF-C-06-01608 was completed + returned to the Inmate Appeals Office July 11, 2006. Attached is a copy of the completed appeal._

Staff Signature: __D Ennis__    Title: __35Q__    Date Completed: __12/9/06__
Division Head Approved:
Signature: __BJ Sather__    Title: __CDO__    Returned Date to Inmate: __DEC 13__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)