# EXHIBIT G

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. CTF-C
2. _____

Log No. 06-01608   Category 8-8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Cleveland
NUMBER: H-60545
ASSIGNMENT: A-1-A) None
UNIT/ROOM NUMBER: F-W-256

**A. Describe Problem:** This Inmate has been trying to get his teeth/mouth repaired since Sept - of 05, Dentist has taken all of the necessary x-rays) and her promising mr. Cleveland that he will be sent a slip for follow up, that was more then 60 days ago. This Inmate is being refused the proper Dental care.

If you need more space, attach one additional sheet.

**B. Action Requested:** Would like for the Dentist to fix and repair Inmate Cleveland's mouth/ teeth as requested. Thank you very much.

Inmate/Parolee Signature: /s/ Jim Cleveland
Date Submitted: 5-21-06

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: [BYPASS]

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.), and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

[BYPASS]

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: 06-01608

RECEIVED JUN 14 2006  Dr. Laynes
RECEIVED MAY 25 2006 CTF MEDICAL APPEALS
RECEIVED MAY 25 2006 CTF APPEALS

First Level: ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____  JUL 6 - 2006

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: MAY 2 3 2006   Due Date: _____

Interviewed by: Clayton A. Layus, DDS CTF-Soledad   RECEIVED JUN 1 4 2006  CALayus

Your request to proceed with your full mouth extractions and fabrication of full upper and lower dentures is granted. Extractions of most of your teeth will be performed on Fri 6/23/06. A healing period of 6 wks to allow shrinkage of gums and ridges will be necessary prior to initial impressions to allow for a better fit.

Staff Signature: _____   Title: Clayton A. Layus, DDS CTF-Soledad   Date Completed: JUN 2 1 2006
Division Head Approved: ☒   Signature: T. Friedericks   Title: TIMOTHY W. FRIEDERICKS, M.D. STAFF PHYSICIAN & SURGEON CTF-SOLEDAD   Returned Date to inmate: 7/6/06

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____   Due Date: _____
☐ See Attached Letter

Signature: _____   Date Completed: _____
Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter   Date: _____

CDC 602 (12/87)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

2nd LEVEL

Location: Institution/Parole Region  Log No. 06-01608  Category 8-B

1. CTF-C   JUL 12 2006
2.   JAN 08 2007

CENTRAL FILE COPY

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Cleveland | H-60545 | A-1-A) None | F-W-256-up |

A. Describe Problem: This Inmate has been trying to get his teeth/mouth repaired since Sept. of 05, Dentist has taken all of the necessary xrays and keep promising Mr Cleveland that he will be sent a slip for follow up, That was more then 60 days ago. This Inmate is being refused the proper Dental care.

If you need more space, attach one additional sheet.

B. Action Requested: Would Like for the Dentist to Fix and Repare Inmate Cleveland's mouth/teeth as Requested, Thank you very much.

Inmate/Parolee Signature: /s/ Jim Cleveland       Date Submitted: 5-21-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____       Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED

Signature: _____       Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.   CDC Appeal Number:

RECEIVED JUN 14 2006
Dr Lanus

CTF APPEALS JUN 25 2006
CTF MEDICAL APPEALS

JAN 8 2007 RECEIVED

RECEIVED MAY 23 2006

RECEIVED JUL 12 2006
CTF APPEALS

06-01608

Rec'd 5-25-06 - Nassir
CTF-C

| First Level | ☒ Granted | ☐ P. Granted | ☐ Denied | ☐ Other _____ | JUL 6 – 2006 |

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: MAY 23 2006    Due Date: JUL 6 - 2006

Interviewed by: Clayton A. Layus, DDS CTF-Soledad    RECEIVED JUN 14 2006 CA Layus

Your request to proceed with your full mouth extractions and fabrication of full upper and lower dentures is granted. Extractions of most of your teeth will be performed on Fri 6/23/06. A healing period of 6 wks to allow shrinkage of gums and ridges will be necessary prior to initial impressions to allow for a better fit.

Staff Signature: _____    Title: Clayton A. Layus, DDS CTF-Soledad    Date Completed: JUN 21 2006

Division Head Approval

Signature: T. Friederichs    Title: TIMOTHY W. FRIEDERICHS, M.D. STAFF PHYSICIAN & SURGEON CTF-SOLEDAD    Returned Date to Inmate: JUL 13 2006

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.    Thank-you-very-much :)

(ON-5-21-06) Inmate Cleveland filed a "602" grievance to repair his front teeth/mouth. ("ON-6-21-06) "602" grievance was granted. Since then inmate Cleveland has been to the Dentist "3" times only to be told to come back, nothing has been done. Now he has been told his Dentist is under investigation by Feds and can't get work done/would like to see another dentist.

Signature: _____    Date Submitted: 7-4-06

| Second Level | ☒ Granted | ☐ P. Granted | ☐ Denied | ☐ Other _____ |

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 08 2006    Due Date: SEP 06 2006

☐ See Attached Letter    Received CTF-C 9/25/06

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: JAN 08 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

RECEIVED

| DIRECTOR'S ACTION: | ☒ Granted | ☐ P. Granted | ☐ Denied | ☐ Other _____ |
☐ See Attached Letter

CDC 602 (12/97)    AUG 18 2006    Date: _____

CTF APPEALS

STATE OF CALIFORNIA · DEPARTMENT OF CORRECTIONS AND REHABILITATION
CORRECTIONAL TREATMENT FACILITY -SOLEDAD

# Memorandum

Date:     December 29, 2006

To:       Cleveland, H60545

Subject:  CTF APPEAL LOG # CTF-S-06-01608
          SECOND LEVEL RESPONSE

**ISSUE:** Your CDC 602 appeal states that you have been trying to get your teeth/mouth repaired since September of 2005. You are requesting for the dentist to fix and repair your teeth/mouth as requested.

**APPEAL RESPONSE:** On 11/27/06 your CDC 602 appeal was partially granted at the first level of review. It states that on October 10, 2006 you were ducated to see the dentist to answer the 2nd level of a CDC 602. You claim that you tried to go east bound and the officers would not let you go and were sent back to your wing. You state that you have been patiently waiting for your dental repairs.

On Thursday 12/28/06 you were interviewed by Dr. Sather, Chief Dental Officer in the Central dental clinic. Your dental chart, dental issues and 602 issues were reviewed. You were informed that you will receive an exam by your treating dentist within 60days. Probably Maxillary (upper) Mandibular (lower) immediate dentures will be provided.

Your request was to not be without teeth very long and this will be considered.

**APPEAL DECISION:** Your Second Level appeal has been **GRANTED** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

J. Chudy, M. D.
Chief Medical Officer (A)
CTF-Soledad

TO: K. Sather; Cheifs Medical Officer.   F-W-256-

My Name is Ivan Cleveland. C.D.C H-60545 I have a Greivance "602" Concerning one of Dental Staff. Dr. Liss I'm Requesting to be Seen by Another Dentist. "ASAP" I' have been Patiently waiting For Dental Care For more Than One Year. I am In The Process of Filing Very Serious Paper Work on Your Medical Staff. My Right to medical Care is is Clearly being Violated. The Law States That The Prison must Provide medical Care if Needed. The Eight Amendment Protects A Inmates Right To medical Care. The Constitution Guarantees Inmates This Right. There is A Greivance Filed Num: CTF-C-06-01608) Also Num: CTF-C-06-03358) If This Serious Situation is Not Handled Soon Then Claims Under The States Constitution or State Statutes Relating to medical Care, In This Institution will be Filed In The Federal Courts Under The "Federal Tort Claim". This will Focus exclusively on my Rights to medical Care Under The U.S Constitution.

Sincerely yours

Mr Ivan Cleveland,