Dennis Cunningham   #112910
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

IVAN VERNARD CLEVELAND,                    No. Cv 07-2809-JF

        Plaintiff,
                                                              NOTICE OF APPEARANCE AS
                                                              COUNSEL FOR THE PLAINTIFF
  vs.

BEN CURRY, Warden, et al.,

        Defendants.

      I hereby enter my appearance as attorney of record and counsel for the plaintiff here, Ivan Vernard Cleveland, who has represented himself heretofore, *in propria persona.*

DATED: April 28, 2008

                              /s/
                        Dennis Cunningham

      I, Ivan Vernard Cleveland, the plaintiff, hereby agree to the Substitution of Dennis Cunningham for myself *in pro per* as attorney for the plaintiff in this action.

DATED: _____, 2008.

                      _____ *
                      Ivan Vernard Cleveland

     * Signature pending through Prison Mail.

Dennis Cunningham  #112910
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IVAN VERNARD CLEVELAND, | No. Cv 07-2809-JF |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE AS COUNSEL FOR THE PLAINTIFF |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

    I hereby enter my appearance as attorney of record and counsel for the plaintiff here, Ivan Vernard Cleveland, who has represented himself heretofore, *in propria persona.*

DATED: April 28, 2008

                                                   /s/
                                        Dennis Cunningham

    I, Ivan Vernard Cleveland, the plaintiff, hereby agree to the Substitution of Dennis Cunningham for myself *in pro per* as attorney for the plaintiff in this action.

DATED: _____, 2008.

                                       _____ *
                                       Ivan Vernard Cleveland

    * Signature pending through Prison Mail.

1