F A C T S

ORIGINAL

(DEFENDANT: Abanico, [Correctional Officer])

# EXHIBIT A

Affidavit of Mr. Ivan, ænmond Cleveland

TO: The State of California:
COUNTY OF MONTEREY:

I "Ivan V. Cleveland" "Herein-after"
an inmate of Correctional Training Facility [Here-in-after].
located at P.O. Box 689. Soledad, CA-93960-0689. Do here-
y swear: Declare under The Penalty of Perjury That The
ollowing statements are true, Factual and accurate
) The best of my knowlege, which describe The
vents and Allegations expressed in This document
ind any attached Documents.

Here to Write What Happen To You:
On 8-27-07 Inmate Cleveland was stopped
By officer Albanico, the Inmate had a Two
Hour surgery on his mouth, which was Bleading
badly. This officer showed No Concern a Told me
To get up on the wall. He Touched and Hit my penis
And Genitalia, so Hard That I was in pain for
Two Hours. This must Stop ASAP,
Sincerely-Submitted by: Ivan Cleveland
Print-Your Full NAME: MR. IVAN Cleveland
CDCR ND.    Cell-
                        F-Wing-256-Low
                        P.O. Box 689
                        Soledad, CA 93960-0689

AFFidaviT- OF Jeffrey (Todd) Burts

TO: The STATE OF CALiFORNiA:
     COUNTY OF MONTEREY:

I Jeffrey (TODD) BURTS                    "HEREiN-AFTER"

N iNMATE OF CORRECTiONAl TRAiNiNG FACiliTY [HERE-iN-AFTER].
OCATED AT P.O. Box 689. Soledad. CA-93960-0689. Do here-
Y SWEAR: Declare UNDER The PENAlTY. OF PERJURY ThAT The
∂llowiNg STATEMENTS ARE TRUE, FACTUAl ANd ACCURATE
) The best OF MY knowlege, Which descRibe The
VENTS ANd AllegATiONS expRessed iN This document
Nd ANY ATTAched DOCUMENTS.

HERE TO WRiTE WhAT HAPPEN TO YOU:
C WAS Searched ANd Fondled by C/O ABANiCO ANd Placed In the
∂MiNiSTRATive Segregation for Filing A STAFF COMPLAiNT for four months. The
1ere C/O ABANiCO WAS WORKiNG iN MY WiNg two DAYS A WEEK. then FOUR MONThs
ter I WAS Placed Back in ADMiNiSTRATive SegreGATiON FOR A threAT supposedly
reATening C/O ABANiCO ANd WAS Released Back into GeneRal PoPulation June19, 200
·i's Been Constant Retaliation.

SiNCERElY- SubMiTTed bY: Jeffrey (Todd) Burts
PRiNT- YOUR FUll NAME:    Jeffrey (TODD) BURTS
C.D.C.R NO. Cell-          P72028    C-104 Lou)
                           P.O. BOX 689

AFFidaviT- OF Robert Morris

TO: The STATE OF CALiFORNiA:
    COUNTY OF MONTEREY:

I Robert Morris                    "HEREiN-AFTER"

IN INMATE OF CORRECTiONAl TRaining FACiliTY [HERE-in-AFTER].
OCATED AT P.O. BOX 689, Soledad CA-93960-0689, Do here-
Y SWEAR; Declare UNDER The PENAlTY. OF PERJURY ThaT The
ollowing STATEMENTS aRE TRUE, FACTUAl And ACCURATE
) The best OF MY knowlege, which describe The
VENTS AND Allegations expRessed in This document
Nd ANY ATTAched DOCUMENTS.

    HERE TO WRiTE WHAT HAPPEN TO YOU:
ON 6-21-07 I WAS SEaRched BY C/O ABANICO IN AN
INAPROPRATE WAY. I WAS GROPEd And pinched TWICE IN ONE
SEaRch on the Tip of My PENIS. I ATTEMPTED TO express
MY FEElings on the SEARch only To Be told to REMAIN On
he WAll. I FEEL it is A blaTENT Case disRespect And he
done SO under the Color of AuthoRiTY.

Sincerely- SUbMiTTEd bY: Robert Morris
PRINT- Your FUll NAME: Robert MORRis
CDCR NO. Cell- D13147 - C-303 Low
                    P.O. BOX 689

AFFidaviT- OF _____EDWARD KENNEDY_____

TO: The STATE OF CAliforNIA:
  COUNTY OF MONTEREY:


I ____EDWARD KENNEDY_____ "HEREIN-AFTER"

IN INMATE OF CORRECTIONAL TRAINING FACILITY [HERE-IN-AFTER].
OCATED AT P.O. Box 689. Soledad CA-93960-0689. Do here-
Y SWEAR; DECLARE UNDER THE PENALTY OF PERJURY ThAT The
ollowing STATEMENTS are TRUE, FACTUAL AND ACCURATE
) The best OF MY knowlege, Which describe The
VENTS AND AllegATIONS expRessed iN This document
Nd ANY ATTACHed DOCUMENTS.

  HERE TO WRITE WHAT HAPPEN TO YOU:

  I WAS SEARCHED BY C/O ABANICO SEVERAL
  TIMES AND FELT HE VIOLATED ME THROUGH
  HIS TOUCHING.


SinceRely-SubmiTTed by; Edward Kennedy
PRINT- YouR Full NAME: EDWARD KENNEDY
C.D.C.R. NO. Cell-       D-30780
                    P.O. BOX 689

AFFidaviT - OF Desmond Jones

TO: The State Of California:
    County Of Monterey:

I    Desmond Jones

                                        "Herein-After"

N Inmate Of Correctional Training Facility [Here-in-After].
OCATED AT P.O. Box 689. Soledad. CA-93960-0689. Do here-
Y Swear; Declare under The Penalty. Of Perjury That The
ollowing Statements are True, Factual, And Accurate
) The best Of my knowlege, Which describe The
VENTS And Allegations expressed in This document
Nd Any Attached Documents.

Here To Write What Happen To You:

On August 3rd 2006 returning from my assignment at the culinary of
Central Facility, Correctional Officer E. Abanico put me on the wall for a
random pat search. During the search he reached between my legs and
grabbed my penis. Sgt. S. Engstrom was present and Correctional Officer
K. Lynch was present. I filed a 602 appeal that night. For more
details see IAB No: 0611096 and Local Log No- CTF 07-00147. On May 24, 2007,
Director's Level the Appeal was denied. At the second level, it was partially granted
                                                        (see attached)
Sincerely- Submitted by: _Desmond Jones_

Print- Your Full Name:    Desmond Jones
C.D.C.R No. Cell-         J-64508 F-307Upper
                          P.O. Box 689

AFFidaviT- OF Matthew L. Johnson

TO: The STATE OF CALIFORNIA:
     COUNTY OF MONTEREY:

I Matthew L. Johnson                    "Herein-AFTER"

N INMATE OF CORRECTIONAL TRAINING FACILITY [Here-in-AFTER].
OCATED AT P.O. Box 689. Soledad, CA-93960-0689. Do here-
Y SWEAR; Declare UNder The PENALTY. OF PERJURY ThaT The
ollowing STATEMENTS are TRUE, FACTUAL, And ACCURATE
) The best OF MY knowlege, Which describe The
VENTS AND Allegations expressed in This document
nd ANY ATTached DOCUMENTS.

HERE TO WRITE WHAT HAPPEN TO YOU:

on or about Oct. 2006, c/o ALBANiCQ pulled Petitioner over for a
suppose to be a ruten search, the search turned out to be a
otal Harassment, and exseccevie force, Petitioner reporta
is conduct, the 3rd watch commander claimed he woud
counsel the c/o of his misconduct, the complaint wa
arcially granted.

Sincerely- Submitted by; Matthew L. Johnson
PRINT- YouR FULL NAME: Matthew L. Johnson
C.DCR NO. Cell-
                    D-33369
                    P.O. Box 689

AFFidaviT- OF Donald Holmes.

TO: The STATE OF CALIFORNIA:
    COUNTY OF MONTEREY:

I Donald Holmes                "HEREiN-AFTER"

IN INMATE OF CORRECTIONAL TRAINING FACILITY [HERE-IN-AFTER].
OCATED AT P.O. BOX 689. Soledad CA-93960-0689. Do here-
Y SWEAR: Declare UNDER The PENALTY OF PERJURY ThatThe
ollowing STATEMENTS are TRUE, FACTUAL AND ACCURATE
) The best OF MY knowlege, Which describe The
VENTS AND Allegations expressed IN This document
Nd ANY ATTached DOCUMENTS.

    HERE TO WRITE WHAT HAPPEN TO YOU:
    ON 5-17-07 Officer ABANICO did a PAT
SEARCH on me and it was VERY iNAPPROPRIAT
he touched me, by grabbing my testicles
and my buttocks, this is not the
first time! I filed A 602 AND waiting
for A RESPONSE.

SINCERELY- Submitted by: Donald Holmes
PRINT- YOUR FULL NAME: DONALD HOLMES
C.DCR ND. Cell-        V-03331  F-230  up
                       P.O. BOX 689

# AFFidaviT- OF Charles Truman

TO: The STATE OF CALIFORNIA:
   COUNTY OF MONTEREY:

I __CHARLES TRUMAN__ _____ "HEREIN-AFTER"

IN INMATE OF CORRECTIONAL TRAINING FACILITY [Here-in-AFTER].
OCATED AT P.O. BOX 689, Soledad CA-93960-0689. Do here-
Y SWEAR; Declare UNDER The PENALTY OF PERJURY That The
ollowing STATEMENTS are TRUE, FACTUAL AND ACCURATE
) The best OF MY knowlege, Which describe The
VENTS AND Allegations expressed iN This document
Nd ANY ATTACHED DOCUMENTS.

   Here TO WRITE WHAT HAPPEN TO YOU:

   I WAS SEARCHED ON NUMEROUS OCCASIONS BY % ABANICO. ON ONE OCCASION
I CALLED HIM A LATENT HOMOSEXUAL, THE FEMALE WHO WAS WITH HIM THREATENED
TO PUT ME IN THE CAGE FOR CALLING HIM A HOMOSEXUAL.
   I FILED A 602 COMPLAINT ON % ABANICO THE FOLLOWING TIME HE STOPPED ME
TO SEARCH ME, ORIGINALLY I WROTE A COMPLAINT FOR SEXUAL HARASSMENT
BUT I DID NOT FILE IT BECAUSE I WAS INFORMED THAT AN INMATE HAD
BEEN PUT IN THE HOLE FOR FILING A SEXUAL HARASSMENT COMPLAINT
AGAINST % ABANICO. THE COMPLAINT I DID FILE (06-03106) WAS AGAINST THE
ROUGH AND INTIMIDATING MANNER % ABANICO SEARCHED ME.
   I STILL HAVE THE 602 I DID NOT FILE ON SEXUAL HARASSMENT.

   SincereLY- Submitted by: __CHARLES TRUMAN__
   PRINT- Your Full NAME: __E-34112__
   CDCR NO. Cell- __F-248__
                        P.O. BOX 689

AFFidaviT- OF MARK A. CLINE

TO: The STATE OF CALiFORNiA:
    COUNTY OF MONTEREY:

I   MARK A CLINE                    "HEREiN-AFTER"

IN iNMATE OF CORRECTiONAL TRAiNiNg FACiLiTY [Here-iN-AFTER].
OCATED AT P.O. Box 689. Soledad CA-93960-0689. Do here-
Y SWEAR: Declare uNder The PeNAlTY. OF PeRJURY ThAT The
ollowiNg STATEMENTS are TRUE, FACTUAL AND ACCURATE
) The best OF MY knowlege, Which describe The
VENTS AND AllegATioNS expressed iN This document
Nd ANY ATTAched DOCUMENTS.

  HERE TO WRiTE WHAT HAPPEN TO YOU:
    IN THiS MONTH OF MAY 07, OFFICER RBANICO
  STOPPED ME ON THE WAY TO CHOW TO BE SEARCHE
  UPON SEARCHING ME OFFICER RBANICO TOUCHE
  ME INAPPROPRIATELY

SINCERELY-SubMiTTED bY: Mark A Cline
PRiNT- YOUR FULL NAME:   MARK A. CLINE
CDCR NO. CELL-            E-03542 D-114 UP
                            P.O. BOX 689

AFFidaviT- OF Kenneth PlunketT

TO: The STATE OF CALiFORNIA:
    COUNTY OF MONTEREY:

I Kenneth PlunkeTT                    "HEREiN-AFTER"

IN INMATE OF CORRECTiONAl TRAiNiNg FACiLiTY [HERE-iN-AFTER].
OCATED AT P.O. BOX 689. Soledad, CA-93960-0689. Do heee-
Y SWEAR: Declare UNDER The PENAlTY. OF PERJURY ThAT The
ollowing STATEMENTS are TRUE, FACTUAl And ACCURATE
) The besT OF MY knowlege, Which describe The
VENTS And Allegations expressed iN This documeNT
Nd ANY ATTAChED DOCUMENTS.

HERE TO WRITE WHAT HAPPEN TO YOU:
        CO ABANICO CALLED ME OVER FOR A SEARCH.
HE WAS SEARCHING ME AND I CONFRONTED HIM OF FONDLING
ME AND HURTING MY TECTICLE. HE TOLD ME IF I MOVED HE THROW
ME AGAINST THE WALL, I REMAIN IN PAIN ON MY RIGHT SIDE
FROM HIS HANDLING

SinceRelY- SubmiTTED bY: Kenneth PlunkeTT
PRINT- YOUR Full NAME: KENNETH PlunkeTT
C.D.C.R. NO. Cell-        T89597    YW244L
                          P.O. BOX 689

AFFidaviT - OF Albert Talley

TO: The STATE OF CALiFORNiA:
    COUNTY OF MONTEREY:

I Albert Talley K48329                    "HEREiN-AFTER"

AN INMATE OF CORRECTIONAl TRAiNiNg FACiLiTY [HERE-iN-AFTER].
OCATED AT P.O. Box 689, Soledad, CA-93960-0689, DO here-
Y SWEAR; Declare UNDER The PENAlTY OF PERJURY ThaT The
ollowing STATEMENTS are TRUE, FACTUAl, ANd ACCURATE
) The best OF MY knowlege, Which describe The
VENTS ANd AllegaTiONS EXPRESSED iN This document
ANd ANY ATTACHEd DOCUMENTS.

    HERE TO WRiTE WHAT HAPPEN TO YOU:
         CO : E.B. Abantco on 5-26-07 at approximately
1800hrs inappropriately searched my private areas. It was very embarrasing
& uncomfortable. Very Violating.

SINCERELY- Submitted by: _Albert Talley_
PRiNT- YOUR FUll NAME: Albert Talley
C.D.C.R N/O. Cell-        K48329      E-127
                         P.O. BOX 689

AFFidaviT- OF _Arthor C. Alexander_

TO: THE STATE OF CALIFORNIA:
     COUNTY OF MONTEREY:

I _Arthur C. Alexander_                          "HEREIN-AFTER"

IN INMATE OF CORRECTIONAL TRAINING FACILITY [HERE-IN-AFTER].
OCATED AT P.O. BOX 689, SOLEDAD, CA-93960-0689, DO here-
Y SWEAR; DECLARE UNDER THE PENALTY. OF PERJURY ThatThe
ollowing STATEMENTS are TRUE, FACTUAl And ACCURATE
) THE best OF MY knowlege, Which describe THE
VENTS AND Allegations expressed IN This document
Nd ANY ATTAched DOCUMENTS.

_HERE TO WRITE WHAT HAPPEN TO YOU;_

I was Coming From ~~from~~ Night Chow When I was
stopped and searched By A officer by the NAme oF ABANieo,
This officer Touched And grabbed my penis IN A Homosexual
MANNER. Something must Be DONE About his Serious Problem,
(ASAP)
   ξ

SINCERELY- Submitted by: _Arthur C. Alexander_
PRINT- YOUR FULL NAME: _Arthur C. Alexander_
CDCR NO. Cell-      E-31908 / FW 256L
                    P.O. BOX 689

AFFidaviT- OF VINCENT DENIS

TO: The STATE OF CALIFORNIA:
COUNTY OF MONTEREY:

I VINCENT DENIS                "HEREIN-AFTER"

IN INMATE OF CORRECTIONAL TRAINING FACILITY [HERE-IN-AFTER].
OCATED AT P.O. BOX 689. SoledAD CA-93960-0689. Do here-
Y SWEAR: DeclARe UNDER The PENAlTY. OF PERJURY ThaT The
ollowing STATEMENTS aRe TRUE, FaCTuAl AND ACCURATE
J The best OF MY knowlege, Which descRibe The
VENTS AND Allegations expRessed iN This document
IND ANY ATTAched DOCUMENTS.

HERE TO WRITE WHAT HAPPEN TO YOU:
I Was told to put my hands on the
Wall By officer Alanico, this officer showed
a sign of unproffessionoliam by touching me
in Away that made me Feel Very, Very
UNComfortoble In A sexual manner,

SincerelY-Submitted bY: Vincet Denis
PRINT- YouR Full NAME: VINCENT DENIS
C.DCR ND. Cell-  F 249 cow   D-10920
P.O. BOX 689

AFFiDaviT- OF Keith Jackson

TO: The State OF California:
    County OF Monterey:

I Keith Jackson, C-15524                    "Herein-After"

'N iNMate OF Correctional Training Facility [Here-iN-After].
OCATed AT P.O. Box 689. Soledad CA-93960-0689. Do here-
y Swear; Declare UNder The Penalty. OF Perjury That The
ollowing Statements are True, Factual, And Accurate
D The best OF My Knowlege, Which describe The
VENTS And Allegations expressed iN This documeNT
'Nd ANY Attached Documents.

Here TO Write What Happen TO You:

I was subjected to an inappropriate
Body Search by This officer, where
my private Areas were grabed
and Touched unecessarily and it was
only A joke to this officer.

Sincerely-Submitted by: Keith Jackson
Print-Your Full NAME:    Keith Jackson
CDCR N/D. Cell-             G-226 L
                          P.O. Box 689

AFFidaviT - OF Richard Bell

TO: The STATE OF CALiFORNiA:
   COUNTY OF MONTEREY:

I Richard Bell, J-24297                    "HEREiN-AFTER"

IN iNMATE OF CORRECTiONAl TRAiNiNG FACiLiTY [Here-in-AfTER].
OCATED AT P.O. Box 689.. Soledad, CA-93960-0689, Do here-
Y SWEAR: Declare UNDER The PENAlTY. OF PERJURY ThaT The
ollowiNG STATEMENTS aRe TRUE, FACTUAL ANd ACCURATE
J The besT OF MY knowlege, Which descRibe The
VENTS ANd AllegATiONS expRessed iN This document
INd ANY ATTACHed DOCUMENTS.

HERE TO WRiTE WHAT HAPPEN TO YOU:
   I was subjected to an inappropriate body search by
this officer, where my private areas were grabed and
touched unnecessarily and this officer ~~thought~~ thought
it was only a Joke to this officer.

SiNcERELY-SUbMiTTEd bY: Richard Bell
PRiNT-YOUR FUll NAME:   Richard Bell
C.D.C.R NO. Cell-        F-wing 121 Lower
                         P.O. BOX 689

AFFidaviT- OF Joe BridgeFoRth

TO: The STATE OF CALiFORNiA:
     COUNTY OF MONTEREY:

I JoEl BRidgEfoRth                         "HEREiN-AFTER"

AN INMATE OF CORRECTIONAl TRAINing FACiLiTY [HERE-iN-AFTER].
.OCATEd AT P.O. Box 689. Soledad, CA-93960-0689. Do here-
Y SWEAR: Declare UNdER The PENAlTY OF PERjuRY ThaT The
ollowiNg STATEMENTS aRE TRUE, FActUAl ANd ACCURATE
O The best OF MY knowlege, Which descRibe The
VENTS ANd AllegatioNs expRessed iN This document
ANd ANY ATTACHEd DOCUMENTS.

HERE TO WRiTE WHAT HAPPEN TO YOU: OFFicer Abanico has
all me out of line ON SEVEREl OCCASioNs, FOR what should have been A, Routine Frisk,
ut I found out there is NO such thing in officee Abanico mind set. He was overly physical
ad aggressive during the frisk, in the way he touched me. I've been incarcerated, Now
ier 8½ years and most of that time spent in a Level III facility, where there was
uch voilence, but never in all that time has an officeer peeforming his job
y, frisking me, have I felt more uncomfortable, AS I felt in this Level II being
isking by this officer. It's like has objective is beyond security, And this
s just my opinion, he tried to provoke you into A confrontation, He's
hauldnt been the line.

SincerelY- Submitted bYs: _____
PRiNT- YouR Full NAME: Joel BRidgEfoRth
C.D.C.R No. Cell-    P-45348    FW# 233-q
                     P.O. BOX 689

AFFidAViT- OF Anthony Watkins

TO: The STATE OF CALiFORNiA:
     COUNTY OF MONTEREY:

I Anthony Watkins                    "HEREiN-AFTER"

IN iNMATE OF CORRECTiONAL TRAiNiNG FACiLiTY [HERE-iN-AFTER].
..OCATEd AT P.O. BOX 689.. SoLedAd. CA-93960-0689. Do heRE-
.Y SWEAR: DeclARE UNdER The PENAlTY. OF PERJURY ThAT The
.ollowiNg STATEMENTS aRE TRUE, FACTUAl ANd ACCURATE
.) The besT OF MY knowlege, Which descRibe The
.VENTS ANd Allegations eXPRESSEd iN This documeNT
iNd ANY ATTAChed DOCUMENTS.

    HERE TO WRiTE WHAT HAPPEN TO YOU:
1.) I wAS being touch inappropriately on my genitals,
2.) I wAS giveN A StAph InfectioN.

SiNceRelY- SubmiTTEd bY: ̶A̶n̶t̶h̶o̶n̶y̶ ̶W̶a̶t̶k̶i̶n̶s̶
PRiNT- YouR Full NAME: Anthony WATKins
CDCR NO. Cell- DW-104 U
                   P.O. BOX 689

AFFidaviT- OF TESHAN EVERLTT

TO: The STATE OF CALiFORNiA:
    COUNTY OF MONTEREY:


I TESHAN EVERETT                                    "HEREiN-AFTER"
AN iNMATE OF CORRECTiONAl TRAiNiNg FACiLiTY [HERE-iN-AFTER].
.OCATED AT P.O. Box 689.- Soledad CA-93960-0689. Do here-
Y SWEAR; Declare UNDER The PENAlTY OF PERJURY ThatThe
ollowing STATEMENTS are TRUE, FACTUAl And ACCURATE
O The best OF MY knowlege, Which describe The
.VENTS AND Allegations expressed iN This document
iNd ANY Attached DOCUMENTS.

    HERE TO WRiTE WHAT HAPPEN TO YOU:
    HE SEXUAlly HARASiED ME
    COMiNg FROM YARD



SinceRElY- Submitted by; _Teshan Everett_
PRiNT- YOUR Full NAME: _TESHAN EVERETT_
CDCR NO. Cell-                _F48801_
                          P.O. BOX 689