F A C T S

(DEFENDANT: K. Sather, [Chief Dental Officer]

ORIGINAL

# EXHIBIT C

State of California                                                                  Depart. .nt of Corrections and Rehabilitation

# Memorandum

Date:          October 23, 2006

To:            CLEVELAND, H60545

From:          K. Dennis, SSA
               Medical Appeals

Subject:       **APPEAL RESPONSE CTF-C-06-01608**

Medical Appeals has requested K. Sather, Chief Dental Officer, respond to your CDC 602 #CTF-C-06-01608 regarding your dental concerns. I will continue to request a response from the CDO. We also have your CDC 602 #CTF-C-06-03358 requesting a response to your overdue CDC 602. Medical Appeals apologizes for the delay.

K. Dennis, SSA
Medical Appeals Analyst

First Level    X    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days)    **JUL 6 2006**

Interviewed by    Clayton A. Layus, DDS CTF-Soledad    MAY 2 3 2006    Due Date

**RECEIVED JUN 1 4 2006** CA Layus

Your request to proceed with your Full mouth extractions and fabrication of full upper and lower dentures is granted. Extractions of Most of your teeth will be performed on Fri 6/23/06. A healing period of 6 wks to allow shrinkage of gums and ridges will be necessary prior to initial impressions to allow for a better fit.

Staff Signature

Division Head Approval

Signature    L. Friesens    Clayton A. Layus, DDS CTF-Soledad    JUN 2 1 2006

TIMOTHY W. FRIEDERICHS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD    Returned
Date to Inmate    **JUL A 8 2006**

F. If dissatisfied, explain reasons for requesting a Second Level review, and submit to the Institution Head or Appeals Coordinator within 15 days of receipt of response.

(ON-5-21-06) Inmate Cleveland Filed A "602" grievance for Repair his FRONT teeth/mouth. ("ON-6-21-06) "602" grievance was granted. Since Then inmate Cleveland has been to the Dentist "3" times only to be told to come back. Nothing has been done. Now he has been told his Dentist is under investigation by feds and can't get work done (would like to see another dentist)

Signature    In inmate Cleveland    Date Submitted: 7-4-06

Second Level    X    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned    AUG 0 8 2006    Due Date SEP 0 6 2006
☒ See Attached Letter    Received CTF-C 9/25/06

Signature:

Warden/Superintendent Signature:    Date Completed:

Date Returned to Inmate    **JAN 0 8 2007**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature:    Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other    **RECEIVED**
☒ See Attached Letter
CDC 602 (12/87)    AUG 8 2006 Date:

CTF APPEALS

*To Appeals Coordinator*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

LEVEL

Location: Institution/Parole Region    CTF-C
1. JUL 12 2006    1. JAN 08 2007
2.                 2.

Log No. 06-01608    Category 8-8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Cleveland | H-60545 | A-1-A ) None | F-W-256-up |

A. Describe Problem: This Inmate has been trying to get his teeth/mouth repaired since Sept - of 05, Dentist has taken all of the Necessary xrays's and keeps promising me Cleveland that He will Be Sent A Slip For follow up, That was more then 60 days Ago. This Inmate is being Refused the proper Dental Care.

If you need more space, attach one additional sheet.

B. Action Requested: Would Like For The Dentist to Fix and repare Inmate Cleveland's mouth/ teeth as Requested, Thank you Very much.

Inmate/Parolee Signature: *[signature]*    Date Submitted: 5-21-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: 

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

RECEIVED

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED JAN 8 2007    RECEIVED JUL 12 2006

RECEIVED JUN 14 2006
Dr Lamus

CTF APPEALS
MAY 25 2006
CTF MEDICAL APPEALS

MAY 23 2006    06-01608
CTF APPEALS

Rec'd 5-25-06 - Nasir
CTF-C

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _JUN 2 8 2007_    Due Date _AUG 1 0 2007_

Interviewed by: _____

_See Attached_

Staff Signature: _David Janek, DDS_    Title: _Dentist_    Date Completed: _8-3-07_

Division Head Approved:
Signature: _Walker_    Title: _CDO_    Returned
Date to Inmate: _AUG 13 2007_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

RECEIVED
JUN 28 2007
Board of Control form BC-1E, Inmate Claim

07 - 02886

CDC Appeal Number:

Date Submitted:

Signature:

Note: Property/Funds appeals must be accompanied by a completed

___

BYPASS

submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and

D. FORMAL LEVEL

Date Returned to Inmate:

Staff Signature:

BYPASS

Staff Response:

C. INFORMAL LEVEL (Date Received: _____ )

Date Submitted: 6-27-07     Inmate/Parolee Signature: _____

B. Action Requested: INMATE'S Teeth ARE Ready, They Want Shown To INMATE
It ANyoNE IS Playing ApproDS process, ET3 de Dentist, de pieces
IS StARTed, Request Give INMATE His PARTIALS, Completes
SAY That He CAN'T HAVE THem, (Until Finishing)
for His Teeth, then

If you need more space, attach additional sheet.     If This INMATE IS Not Going To Receive Teeth, Be may off Books,
SEE - PARTIALS, of.     Now Had Should
INMATE To get Desired AgAin, Which Would MakE That Almost 3 years.
UAHN by pulling all INMATE'S TEETH, then CAme back in Two more
Told INMATE CleveLANd That He WAS GoiNg To do THINGS His
ANd Told HER To TAKE INMATE'S CleveLANd Teeth, RummY, Now
That He HAd perm WAitiNg for. He PARShAws, DeNti'st, (UAlte) To
His CLAIM. The FemAle DeNti-Tech, [bought] ClevelANd his Teeth
He WAS GIVEN A Dent FoR Too MAN. PEThA Being ScAted In

A. Describe Problem: ON JuNE 21,07) INMATE Showed up to the Dentist,

NAME: LYNN CleveLANd     NUMBER: H 66545     ASSIGNMENT: Male-     UNIT/ROOM NUMBER: Facility-25E-up

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

CTF-S     1.     07 - 02886     2.

Location: Institution/Parole Region     Log No.     Category

AUG 13 2007     8-8

To: Appeals - Coordinator (Al) This is A New Grievance.     Complete the Finding Process.

First Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days). Date assigned: **OCT 1 3 2006**    Due Date: **NOV 2 9 2006**

Interviewed by: _New Appeal #CTF-C-06-01608 was_ _completed & returned to the Inmate Appeals Office_ _July 11, 2006. Attached is a copy of the completed (2nd copy)_ _appeal._

Staff Signature: X _Dennis_    Title: _SSA_    Date Completed: _12/9/06_
Division Head Approved:
Signature: _R Sattler_    Title: _CDO_    Returned
                                               Date to Inmate: **DEC 1 3 2006**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_Inmate Cleveland Would like To ReSubmit This Appeal. Rea-_
_son is That Nothing has been Done Since His Visit_
_With The Dentist In Feb. 07." Inmate Cleveland mouth_
_And Teeth Have still Not been repaired. It has been_
_Almost Two Full Years. Appeal Coordinator J. Aboyres / P.C._
_Dennis, Advise-Advised Inmate To ReSubmit And Complere Section H)._
_Would like my Teeth And mouth repaired, ASAP._

Signature: _Shidum Cleveland_    Date Submitted: _6-21-07_

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)

RECEIVED
JUN 2 6 2007
By _CTF Appeals_

50-2, 26, 35
TO: The Chief Medical Officer:

# INMATE/PAROLEE
# APPEAL FORM
CDC 60 (... 37)

Location:  Institution/Parole Region

1. _____ CTF-C _____          Log No. 1. 06-03358    Category 8

2. _____          2. _____ DEC 13 ____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME I. Cleveland | NUMBER H-60545 | ASSIGNMENT A-1-A | UNIT/ROOM NUMBER F-Unit 256-up |

A. Describe Problem: INMATE Cleveland HAs been TRYing To Received Dental CARe Since Sept-05" He has Filed A 602" GReivANCe, ON 5-23-06" That Was GRANTED ON The First level APPEAL LOG-NO: CTF-C-06-01608), Dentist WAS ReplAce, Forcing INMATE Cleveland To File Greivance ON Second level ReQuesTiNG ANoTher Dentist.

See-ATTACh pg.

If you need more space, attach one additional sheet. Witness- OFFicer K. Lewis:

B. Action Requested: That The Appeal issue in The Log Number CTF-C-06-01608, be sent BAck to inmate Cleveland, So That this Inmate may Send to SACRAMENTO/An CouRTS: And That CALIFORNIA TRAINING FACILITY pAy Inmate Cleveland in the Amount of 10,000 For pain And suffering An INSTITUTION humiliation.

Inmate/Parolee Signature: ___ in Dear Clebo _____ Date Submitted: 10-10-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

**BYPASS**

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

**BYPASS**

Signature: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

Date Submitted: _____

CDC Appeal Number:

RECEIVED    RECEIVED

OCT 12 2006    OCT 13 2006

CTF APPEALS    CTF APPEALS

06-03358

To- Chief Medical Officer    "Emergency"
Case 3:06-cv-02809-JF   Document 34-4   Filed 04/30/2008   Page 9 of 24
And Appeals process Has Been Clearly Violated," (over. And over)

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region   Log No.   Category
CTF-S        0 - 00774        8-8

1. _____   1. _____
2. _____   2. _____

APR 9 2007

FREE

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Cleveland | H-60545 | — — None | F-W-258-4 |

**A. Describe Problem:** INMATE Cleveland Received A Priority pass To See The Dentist, by Name of ( Dr. Varela,) For "1300" oN Arriving To The Dental. He WAS INform THAT THis DR. WAS NoT There. This is Clearly A ViolAtion of The Appeal process: ReAson being, This INMATE hAs been more Then PATeiNT With This medicAl STAFF, Since -SepT -05-) GRievAnce WAS GRANTed, still he is HAs NoT SeeN A DeNTisT? See ATTAch -Sheet, ANd exhibits To Support FActs.

If you need more space, attach one additional sheet.

**B. Action Requested:** This INMATE hAs suffered ENough Since SepT -05, INMATE CleveLand hAs Two ACTioN ReGuested, ONE ThAt His Teeth ANd mouth Be pRe-pAred immediNTely With No more delAys, second ReGuesT is To be pAid For his pAiN ANd suffering. A couRt will Decide ThAt.

Inmate/Parolee Signature: _A. Jim Cleveland_    Date Submitted: 2-20 -07

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response:

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

FEB 2 0 2007

CDC Appeal Number:

0 - 00774

CTF APPEALS

STATE OF CALIFORNIA                         DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                            CORRECTIONAL TREATMENT FACILITY -SOLEDAD

# Memorandum

Date:      December 29, 2006

To:        Cleveland, H60545

Subject:   **CTF APPEAL LOG # CTF-S-06-01608**
           **SECOND LEVEL RESPONSE**

ISSUE: Your CDC 602 appeal states that you have been trying to get your teeth/mouth repaired since September of 2005. You are requesting for the dentist to fix and repair your teeth/mouth as requested.

APPEAL RESPONSE: On 11/27/06 your CDC 602 appeal was partially granted at the first level of review. It states that on October 10, 2006 you were ducated to see the dentist to answer the 2nd level of a CDC 602. You claim that you tried to go east bound and the officers would not let you go and were sent back to your wing. You state that you have been patiently waiting for your dental repairs.

On Thursday 12/28/06 you were interviewed by Dr. Sather, Chief Dental Officer in the Central dental clinic. Your dental chart, dental issues and 602 issues were reviewed. You were informed that you will receive an exam by your treating dentist within 60days. Probably Maxillary (upper) Mandibular (lower) immediate dentures will be provided.

Your request was to not be without teeth very long and this will be considered.

APPEAL DECISION: Your Second Level appeal has been **GRANTED** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

**J. Chudy, M. D.**
**Chief Medical Officer (A)**
**CTF-Soledad**

*TO the Chief Medical Officer:*

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____ CTF-C _____
2. _____

Log No. 06 - 03358
Category 8 - 8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| I. Cleveland | H-60545 | A-1-A | F-Wing-256-u |

A. Describe Problem: INMATE Cleveland HAS been TRying To Received Dental Care Since Sept-05" He has Filed A 602" Greivance, on 5-03-06- That Was Granted on The First Level Appeal Log-No: CTF-C-06-01608, Dentist Was Replaced, Forcing INMATE Cleveland To File Greivance on Second Level Requesting ANOther Dentist.

See-ATTACH pg.

If you need more space, attach one additional sheet. *WITNESS - OFFICER K. Lewis:*

B. Action Requested: That The Appeal Issue In The Log Number CTF-C-06-01608, be Sent Back To INMATE Cleveland, So That This INMATE MAy Send To Sacramento/Ah Courts: And That California Training Facility pay INMATE Cleveland In the AMOUNT of 10,000 For pain And Suffering, Ah Institution humiliation,

Inmate/Parolee Signature: Ira Dean Cleveland    Date Submitted: 10-10-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED    RECEIVED

OCT 12 2006    OCT 13 2006

CTF APPEALS    CTF APPEALS

06 - 03358

50-28235 12-4-06
NOV 28 2006    58-22835 12-12-06
Category 8-8

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____ CTF-C
2. _____

Log No.
06-03404

2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Cleveland    NUMBER H-60545    ASSIGNMENT    UNIT/ROOM NUMBER FW 156U

A. Describe Problem: ON-10-10-06" INMATE Cleveland had A Ducat To The dentist, To ANSWER Second Level 602 - Greivance, First Level WAS granted." Time FOR Ducat 07:30, BreakfAst FOR F-Wing ON day IN question WAS AT 6:45" INMATE Tried To go east bound AT 0700 OfficerS Would NOT Let INMATE Cleveland go To A 7:30 ducat AT 7:00. He WAS sent Back To his Wing AND WAS Told To Lock IT up until WORK CAll Which WAS 8:00.    See-ATTACH-PAGE:

If you need more space, attach one additional sheet.

B. Action Requested: This INMATE has been patiently Waiting And Trying To get his mouth RepaiNed. That DR. Nesien And on INstitution Be Ordered To PAY INMATE Cleveland IN The AMOUNT of $10,000 for pAin/An suffering, see attach- page oN pg ②

Inmate/Parolee Signature: A. Jean Cleveland    Date Submitted: 10-17-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED    RECEIVED    RECEIVED

OCT 18 2006    DEC 5    NOV 28    06-03404

CTF APPEALS    CTF APPEALS    CTF APPEALS

A 602 GREIVANCE WAS Filed IN MAY-06, REQUES
ING FOR REPAIR ON his TEETh. FIRST LEVEL THE 602
WAS "GRANTED" ON DAY IN QUESTION: DENTIST WAS
REMOVED FROM his POSITION AT This INSTITUTION?
INMATE Filed ON SECOND-LEVEL REQUESTING FOR DENTIS
AND STILL REPAIRS ON his TEETH AND MOUTH. ONLY TO
BE REFUSED ON - 10-10-06.

REQUEST - BY - THIS INMATE?
THAT his 602 GREIVANCE: APPEAL LOG NUMBER-
CJF-C-06-01608? BE SENT BACK TO INMATE;
CLEVELAND. THIS INMATE is VERY dissatisfied IN THE
handling OF This. He ~~will~~ NO LONGER has FAITH OR TRUST
IN THIS DENTAL STAFF; ESPECIALLY DR. NESIER Who hns
CLEARLY VIOLATED This INMATES LEGAL RIghTS TO
BE TREATED FOR MEDICAL OR ~~Dentis~~ DENTAL NEEDS.
This INMATE is ASKING THAT This DENTIST ~~AT~~
AND OR INSTITUTION BE ORDER TO PAY him IN
THE AMOUNT OF $10,000. FOR PAIN AND
SUFFERING; AND INSTITUTIONAL AND PUBLIC humiliATION
This INMATE has been TRYING FOR ALMOST A FULL YEAR
TO GET his MOUTH REPAIRED BY This INSTITUTION.
This is TO ENSURE. THAT iT is UNDERSTOOD THAT
SUCH blATANT disREGARD FOR THE LAW WILL NOT
"TOleRATED" OR "CONDONED" IN ANY WAY.

Sincerely yours

10 - The Chief - Medical - Officer

°To. The Appeals Coordinator:

To A Greivance was Filed. Appeal issue being: Medical Dental

The Appeal Logs Number is CTF-C-06-01608. Date That This Appeal was Filed was (09-06-2006). It is Now (10-18-06) The First Level was Granted. The Dentist w Fired. Second Level was Sent In. Mr. Cleveland Recei A Yellow Slip From The Appeals Coordinator Due Date 9-06-06). There Has Not Been Any Answer or Respond. This inmate has been trying to Get his Teeth/mouth Fix For 11 months. His 602 Greivance was Granted At The Formal Level. The Second Level hasn't been Answered. It has been more Then 30 Working Days. This Inmate being Ivan Cleveland-H-60545 Would Like his 602 Greivance Answered And his mouth/Teeth Fix as Soon As Possible.

Appeal is still pending response from Medical.

Ivan V. Cleveland - H-60545
F-Wing - 256 - up    Refer question to CMO

Assigned Staff Reviewer; Dental
Appeal issue Medical
Due Date 9-06-06.

boyds
A/C

RECEIVED
OCT 23 2006
CTF
MEDICAL APPEALS

Sincerely Yours

10-18-06.

# INMATE APPEAL ASSIGNMENT NOTICE

Date: May 23, 2006

To: INMATE CLEVELAND, H60545
Current Housing: CFFWT2000000256U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-C-06-01608

ASSIGNED STAFF REVIEWER: D E N T A L
APPEAL ISSUE: MEDICAL
DUE DATE: 07/06/2006

Inmate CLEVELAND, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


J. Aboytes, CCII / P. G. Dennis, CCII
Appeals Coordinators
Correctional Training Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE CLEVELAND, H60545                    Date: August 9, 2006
Current Housing: CFFWT2000000256U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-C-06-01608

ASSIGNED STAFF REVIEWER: D E N T A L
APPEAL ISSUE: MEDICAL
DUE DATE: 09/06/2006

Inmate CLEVELAND, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member.  If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review.   Third level appeals are to be mailed
directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

J. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE CLEVELAND, H60545                    Date: October 13, 2006
Current Housing: CFFWT2000000256U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-C-06-03358

ASSIGNED STAFF REVIEWER: D E N T A L
APPEAL ISSUE: MEDICAL
DUE DATE: 11/29/2006

Inmate CLEVELAND, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

J. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE CLEVELAND, H60545                    Date: October 18, 2006
Current Housing: CFFWT2000000256U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-C-06-03404

ASSIGNED STAFF REVIEWER: D E N T A L
APPEAL ISSUE: MEDICAL
DUE DATE: 12/04/2006

Inmate CLEVELAND, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


J. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

ON 10-10-06 - INMATE Cleveland had A PASS TO Go
TO See DENTIST Nesier AT (0730). Chow FOR F-Wing
WAS over AT 0700'. OFFICERS INFORMED INMATE Cleveland
That He had TO Go BACK TO his Building. INMATE ——
Cleveland Did What he ~~this~~ WAS Told. He WAS
Forced TO Lock UP IN his Cell until 8:00 Work
Call. He immediately Went TO The DENTIST. ONLY TO be Told
AND Refused DENTAL CARE Due To him being A few
MINUTES Late. ON Returning TO his Building. OFFICER
K. Lewis Called The DENTIST AND Inform DENTIST
DR. Nesier That IT is Not INMATE Clevelands
FAULT. AND That He WAS being Refused medical
ATTENTION. Dr. Nesier Laughed AT Her AND STATED That
INMATE Cleveland Would NOT Receive ANOTHER PASS
FOR Three Weeks. Officer Lewis INFORMED This DEN-
TIST That He is Refusing This INMATE DenTal CARE
AND SUGGESTED That INMATE Cleveland WRITE A-
NOTHER 602" GRIEVANCE. INMATE Cleveland has been
SUFFERING FROM PAIN FROM CRACked Bone IN his mouTh
AND PAIN FROM TeeTh/ He Also has No FRONT TEETh.
The DENTAL medical STAFF has Gone OUT OF iB WAY
TO VioLATE This INMATES RighTS FOR MORE Then 8 monthes.
Which has Caused him Severe PAIN AND INSTITUTION
AND Public humiliation. This INMATE is VERY VERY
DissATisFied WiTh how This INSTITUTION has handled
This Very SERIOUS Problem. AND has NoT EVEN AllowED
his FAMILY TO Visit him Due TO EmbaRRASSMENT.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CORRECTIONAL TRAINING FACILITY · SOLEDAD

## Memorandum

Date:     November 27, 2006

To:       CLEVELAND, H60545

Subject:  **CTF APPEAL LOG # CTF-C-06-03404**
          **FIRST LEVEL RESPONSE**

**ISSUE:**  Your CDC 602 indicates that October 10, 2006 you had a ducat to the dentist to answer the 2Nd Level of a CDC 602. You state that you tried to go East bound and the officers would not let you go your ducat and you were sent back to your wing. You state that you have been patiently waiting for your dental repairs. You are requesting that Dr. Nassir and CTF pay you $10,000.00 for pain and suffering.

**APPEAL RESPONSE:** Your request for $10,000.00 is beyond the scope of medical appeals.

CTF Dental cannot address your concerns with custody not letting you go to your ducat. You must address these concerns with custody.

You were re-ducated November 6, 2006 at 1330 hours per Dr. Nassir.

**APPEAL DECISION:** Your First Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Second Formal Level by completing Section "F" of your CDC 602 form, and submitting it to the Institution Appeals Office **within 15 days of the receipt of this response.**


**K. DENNIS, SSA**
Medical Appeals Analyst
CTF – Soledad

**KYLE B. SATHER, DDS**
Chief Dental Officer
CTF - Soledad

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

December 5, 2006

*CLEVELAND, H60545*
*CFFWT2000000256U*

Log Number: CTF-C-06-03404
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You are attempting to change your original appeal issue.*

*Comments:  Dr. Nassir is no longer employed by CTF.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be
automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be
appealed.  If you believe this screen out is in error, please return this form to the Appeals
Coordinator with an explanation of why you believe it to be in error, and supporting
documents.  You have only 15 days to comply with the above directives.

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

December 13, 2006

*CLEVELAND, H60545*
*CFFWT2000000256U*

Log Number: CTF-C-06-03404
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You are attempting to change your original appeal issue.*

*Comments: You need to file separate appeal for dental needs second notice.*

J. Aboyfes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

TO: The APPeals Coordinator:

This ENTIRE issue was due to DR. NASSIN.
his Disrespectful manner Toward Inmates as
well as Officers. All I want is my mouth and
Teeth Repaired. Which I have been Trying to
do Since Sept-05. You and This Institution
have Found EVERY way Possible To Violate This
ReQuest, I'm asking For The Last Time IN A
Very kind way. My Issue is my Health due
To my teeth and mouth, Dental. I'm not
going to to File ANYmore Grievance Con-
cerning My Rights To medical Treat-
ment, IF Theres is one more Stalling-
From This Institution or From Dental
or You Even Then I will Have No Choice
but To File A (Petition To The Court) Saying
That CTF (Refuses To Treat me) And Then
File A (legal Lawsuit)
For The Last Time ReQuest To See A Dentist,

                    Sincerely Yours

                    DATE 12-6-05

TO APPEALS - COORDINATORS

TO APPEALS COORDINATOR. This grievance is being Sent To You ON The Second-Level. P-granted ON First. INMATE Cleveland has Filed A grievance AGAINST DR. NARSSIR. Does Not Feel ComfortABLe with This DR, He is VERY Rude A DisRespectFul, Even To The Wing Building OFFICER OFFICER Lewis. A PititioN FoR WRit HAbeAs CoRpus has Been Filed oN my behave AgAinst Him: my onLy Request IN The Second LeveL is FoR ANoTheR "DentisT To TReAT me."

Thank-You    SincereLy Yours

Date 12-1-06.

Read SeBsectioN - F-
secoud -Level