**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015.5)

**FILED**
2008 APR 30 P 3: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, **Mr. IVAN Vernord Cleveland**, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

**IVAN V. Cleveland**, CDCR #: **H-60545**
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: **F-Wing-256**
SOLEDAD, CA 93960-0689.

On **April 28, 2008**, I served the attached:

**Opposition To Dispositive Motion Against Summary Judgement**

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

To: The Northern District of California.
280 South First Street #Room 2112
San Jose, CA. 95113-3095

To: Attorney General
455 Golden Gate Ave Suite #11000
San Francisco, CA. 94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on **4-28-2008**.

*/s/ Mr. Ivan Cleveland*
Declarant