IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>Defendants. | C 07-2809 JF (PR)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A STAY, A CASE-MANAGEMENT CONFERENCE, AND OTHER RELIEF** |

Plaintiff, through his counsel, moved to stay the case and have a case-management conference on April 28, 2008. Defendants, who filed a motion to dismiss and for summary judgment in the matter on April 1, 2008, opposed Plaintiff's motion. Plaintiff appears to wish to add additional plaintiffs with additional Eighth Amendment claims, while severing his claims that do not allege sexual misconduct from this consolidated claim. Neither an unnoticed "ex parte, 'administrative' motion" to stay nor a case-management conference is necessary or proper to accomplish Plaintiff's goals. And subsequent to moving for a stay, Plaintiff filed his opposition to Defendants' dispositive motions. The parties and Court have an interest in quickly resolving this matter, and will not stay the case or schedule a case-management conference.

//

//

1      This Court, having considered the motion for a stay, any opposing and reply papers, the
2  Court's files, and for good cause appearing, hereby deny Plaintiff's motion.
3      IT IS HEREBY ORDERED THAT Plaintiff's motion for a stay is denied, and that
4  Defendants shall file their reply regarding their dispositive motions on or before May 15, 2008,
5  as scheduled.

8  Dated: _____    _____
9                                                                         Honorable Jeremy Fogel

40247310.wpd
SF2007403404