EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants
Sather, Crawford, Curry, and Abanico

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>                        Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                        Defendants. | C 07-2809 JF (PR)<br><br>**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' REPLY REGARDING THEIR MOTION TO DISMISS** |

I, KENNETH T. ROOST, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am assigned to represent Defendants Sather, Crawford, Curry, and Abanico in this case. I am competent to testify to the following matter, and if called on to do so, I would and could so testify. I submit this declaration in support of Defendants Sather and Crawford's motion to dismiss.

2. Attached as Exhibit A are two custodian-of-records declarations from the Correctional

Decl. Roost Supp. Defs.' Reply re Mot. Dismiss      Cleveland v. Curry, et al.
C 07-2809 JF (PR)

1

1 Training Facility (CTF), where Plaintiff Ivan Cleveland is presently housed. These declarations
2 were received with the remaining exhibits, and authenticate them.
3     3.    Attached as Exhibit B is the appeals history of administrative grievance CTF-06-
4 03619, which concerns Cleveland's claim against Defendant Crawford for denial of law-library
5 access on October 31, 2006.
6     4.    Attached as Exhibit C is the "Level I & II" Appeals Tracking System printout for
7 Plaintiff Ivan Cleveland. This printout shows Cleveland's administrative-grievance history at
8 CTF, current through March 7, 2008. As shown on page two of this printout, the grievance
9 concerning Defendant Crawford—CTF-06-03619—was voluntarily withdrawn by Cleveland at
10 the second level of review.
11     5.    These attached documents were provided by the Custodian of Records in response to
12 the Attorney General Office's request for inmate appeals from Plaintiff's Central File relevant to
13 this action.
14     I declare under penalty of perjury that the foregoing is true and correct to the best of my
15 knowledge and that this declaration is executed on May 13, 2008, at San Francisco, California.

KENNETH T. ROOST
Deputy Attorney General

40253081.wpd
SF2007403404

Decl. Roost Supp. Defs.' Reply re Mot. Dismiss     *Cleveland v. Curry, et al.*
C 07-2809 JF (PR)