# EXHIBIT A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CORRECTIONAL TRAINING FACILITY
P.O. Box 686
Soledad, CA 93960



# DECLARATION OF CUSTODIAN OF RECORDS

I declare as follows:

I am a _Office Tech_ employed by the California Department of Corrections and Rehabilitation (CDCR) at the Correctional Training Facility (CTF) in Soledad, California. In my capacity, I am an authorized custodian of records and/or other qualified witness, and have authority to certify these records as true and correct.

Except where based on information and belief, I have personal knowledge of the facts as set forth in this declaration.

Inmate records are kept in the regular course of business by all CDC institutions by means of reports and entries in the Central File and/or local BPT files. These reports and entries pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstance or events.

The documents attached hereto are true and correct copies of the documents from the file(s) of inmate _CLEAVELAND # H60545_. They represent the latest information received in written form. They may be outdated as the result of new or revised information, which has not been received or filed.

I declare under penalty of perjury that the foregoing is true, and that if called as a witness, I would so testify.

Executed on _5/13/08_, at Soledad, California
        date

By: _Ann Pedevilla_
        signature

_Ann Pedevilla_
printed name

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION

ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CORRECTIONAL TRAINING FACILITY
P.O. Box 686
Soledad, CA 93960



# DECLARATION OF CUSTODIAN OF RECORDS

I declare as follows:

I am a _Office tech_ employed by the California Department of Corrections and Rehabilitation (CDCR) at the Correctional Training Facility (CTF) in Soledad, California. In my capacity, I am an authorized custodian of records and/or other qualified witness, and have authority to certify these records as true and correct.

Except where based on information and belief, I have personal knowledge of the facts as set forth in this declaration.

Inmate records are kept in the regular course of business by all CDC institutions by means of reports and entries in the Central File and/or local BPT files. These reports and entries pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstance or events.

The documents attached hereto are true and correct copies of the documents from the file(s) of inmate _Cleveland # H60545_. They represent the latest information received in written form. They may be outdated as the result of new or revised information, which has not been received or filed.

I declare under penalty of perjury that the foregoing is true, and that if called as a witness, I would so testify.

Executed on _3/10/08_, at Soledad, California
　　　　　　　　date

By: _Ann Pedevilla_
　　　　signature

_Ann Pedevilla_
　　printed name