# EXHIBIT B

*Second level* — *To Appeals Coordinator*
*Dissatisfied — with P-Granted)*
*Would like Full Gre*

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. CTF-C
2. ___

Log No. 06-03619
Category 10-1

MAR 5 2007
JAN 23 2007

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Cleveland | H-60545 | A-1-A) Unassigned | F-W-256-4P |

A. Describe Problem: On 10-31-06, Inmate Cleveland went to the Institutional Library to do his legal work. In which he has a dead-line with the Suprem Court. Mr. Crawford who is in charge of running and supervising the library clearly exercised and demonstrated favoritism: Ten Inmates that came after Inmate Cleveland were allowed to enter the Library. This is the fourth time that Mr. Crawford has demonstrated and continues to play favoritism.

If you need more space, attach one additional sheet.
See Attach Pg (1)

B. Action Requested: That Mr. Crawford stop playing favoritism and that Inmates like Inmate Cleveland be allowed to go into the Library, and do their legal work before their deadline is all up. Thank-you.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 10-31-06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: 

**BYPASS**

Staff Signature: ___    Date Returned to Inmate: ___

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

RECEIVED NOV 8 2006 CTF APPEALS
RECEIVED FEB 2 2007 CTF APPEALS

Signature: ___    Date Submitted: ___
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: 06-03619

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other _____
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __NOV 0 8 2006__ Due Date: __DEC 2 6 2006__
Interviewed by: __J. Dulgar__

SEE ATTACHMENT

BROWN

Staff Signature: _____ Title: __V.P. Counsel__ Date Completed: __1/18/07__
Division Head Approved:
Signature: _____ Title: __SCO__ Date to Inmate: __JAN 2 3 2007__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

The Problem Needs To Be "Fix"D Inmates Including Inmate Cleveland YES Have Legal deadlines. Inmate Cleveland BROWN Miss His Suprem Court dead-line do To Crawford Playing Favoritism. That Should Not Be Allowed ever - Want This Completely Granted.

Signature: __Mr. Dean Cleveland__ Date Submitted: __1-30-07__

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☒ Other __Withdrawn__
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __FEB 2 2007__ Due Date: __MAR 06 2007__
☐ See Attached Letter

Inmate Cleveland has withdrawn complaint on Complaint-Leff Due to cooperation to Library staff Mr. Crawford

Signature: __R. Kessler__ Date Completed: __2/27/07__
Warden/Superintendent Signature: _____ Date Returned to Inmate: __MAR 5 2007__

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CORRECTIONAL TRAINING FACILITY - SOLEDAD

SUPPLEMENTAL PAGE

RE:         Appeal Log No. CTF-C-06-03619
            FIRST LEVEL RESPONSE
            CLEVELAND      H60545,       Central Facility, F- 256U

APPEAL DECISION:

*PARTIALLY GRANTED*

ISSUE APPEALED:

LEGAL (Category 10-1)

ACTION REQUESTED:

Mr. Crawford stop playing favoritism and that inmates, like inmate Cleveland, be allowed to go into the library to do their legal work before their deadline is up.

APPEAL RESPONSE:

During our conversation you stated your court date was missed due to being denied law library access. I have discussed your complaint with Librarian Crawford and directed him to make sure all inmates with approaching deadlines a priority-fair and equitable. He concurred. However, due to space and operating hours, some inmates may find law library access constrained.

Based on the above, your appeal is **PARTIALLY GRANTED**.

J. DREIGER, Vice Principal
Central Facility


Reviewed By
G.E. ATCHLEY, Principal
Valley Adult School
Correctional Training Facility

This INMATE had to WRITE TO The COURTS Asking FOR A EXTENTION DUE TO MR. CRAWFORD NOT ALLOWING him TO exercise his CONSTITUTIONAL AND LEGAL RIGHT TO DO his LEGAL WORK. This STAFF/employee Should NOT HAVE The RIGHT TO Pick AND Choose Who Comes INTO The LIBRARY JUST beCAUSE He MAY have KNOWN Them LONGER OR DUE TO The FACT OF his LIKE FOR Them. INMATES Who have Legal Deadlines RIGHTS ARE being VIOLATED DUE TO MR. CRAWFORD CLEARELY ACTING ON FAVORITISM. This is NOT RIGHT OR FAIR TO INMATES Who ARE DOING The best THAT CAN UNDER The CIRCUMSTANCES. MR. CRAWFORD Should NOT be Allowed TO TREAT INMATES IN This MANNER..

                                  Sincerely Yours,
                                  [signature]
                                  (DATE - 10-31-06)