# EXHIBIT C

Correctional Training Facility

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

03/07/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | STAFF COMPLAINTS | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | TRANSFER | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | TRANSFER | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | PROPERTY | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | CUSTODY/CLASS. | CTF-C-05-03329 | |
| Level I Review: | Received: 10/18/2005 | Due: 12/02/2005 | Completed: 10/28/2005 | Disposition: GRANTED | |
| H60545 | CLEVELAND, I | UNIT I | TRANSFER | CTF-C-05-03943 | |
| Level I Review: | Received: 12/09/2005 | Due: 01/24/2006 | Completed: 01/12/2006 | Disposition: CANCELLED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-C-05-03663 | |
| Level II Review: | Received: 11/21/2005 | Due: 01/05/2006 | Completed: 12/09/2005 | Disposition: CANCELLED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-C-05-03682 | |
| Level I Review: | Received: 11/18/2005 | Due: 01/04/2006 | Completed: 12/27/2005 | Disposition: WITHDRAWN | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT I Y,G,Z,GD,ED | CUSTODY/CLASS. | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-C- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | CUSTODY/CLASS. | CTF-C-06-01608 | |
| Level I Review: | Received: 05/23/2006 | Due: 07/06/2006 | Completed: 07/12/2006 | Disposition: GRANTED | |
| Level I Review: | Received: 07/11/2006 | Due: 08/22/2006 | Completed: 07/14/2006 | Disposition: GRANTED | |
| Level II Review: | Received: 08/08/2006 | Due: 09/06/2006 | Completed: 01/08/2007 | Disposition: GRANTED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | CUSTODY/CLASS. | CTF-C-06-02132 | |
| Level I Review: | Received: 10/13/2006 | Due: 11/29/2006 | Completed: 12/12/2006 | Disposition: DENIED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | CUSTODY/CLASS. | CTF-C-06-03358 | |

Correctional Training Facility

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

03/07/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | CUSTODY/CLASS. | CTF-C-06-02630 | |
| Level I Review: | Received: 08/14/2006 | Due: 09/26/2006 | Completed: 08/22/2006 | Disposition: WITHDRAWN | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-C-06-03011 | |
| Level I Review: | Received: 09/08/2006 | Due: 11/20/2006 | Completed: 11/07/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 11/15/2006 | Due: 12/15/2006 | Completed: 12/05/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 03/13/2007 | Disposition: DENIED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | MEDICAL | CTF-C-06-03404 | |
| Level I Review: | Received: 10/18/2006 | Due: 12/04/2006 | Completed: 11/28/2006 | Disposition: GRANTED IN PART | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | LEGAL | CTF-C-06-03619 | |
| Level I Review: | Received: 11/08/2006 | Due: 12/26/2006 | Completed: 01/23/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 02/02/2007 | Due: 03/06/2007 | Completed: 03/05/2007 | Disposition: WITHDRAWN | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | MEDICAL | CTF-S-07-00774 | |
| Level II Review: | Received: 02/23/2007 | Due: 04/06/2007 | Completed: 04/09/2007 | Disposition: WITHDRAWN | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | LIVING CONDITIONS | CTF-S-07-00989 | |
| Level I Review: | Received: 03/01/2007 | Due: 04/25/2007 | Completed: 04/30/2007 | Disposition: GRANTED IN PART | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | CUSTODY/CLASS. | CTF-S-07-01376 | |
| Level I Review: | Received: 04/10/2007 | Due: 05/22/2007 | Completed: 05/23/2007 | Disposition: GRANTED IN PART | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | PROGRAM | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-S-07-01924 | |
| Level II Review: | Received: 05/23/2007 | Due: 07/06/2007 | Completed: 06/06/2007 | Disposition: DENIED | |

Correctional Training Facility

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

03/07/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| **Level III Review:** | | | Completed: 09/11/2007 | Disposition: DENIED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | MEDICAL | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | MEDICAL | CTF-S-07-02386 | |
| **Level I Review:** | Received: 06/28/2007 | Due: 08/10/2007 | Completed: 08/13/2007 | Disposition: GRANTED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S-07-02428 | |
| **Level I Review:** | Received: 06/26/2007 | Due: 08/08/2007 | Completed: 08/06/2007 | Disposition: GRANTED IN PART | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S-07-03306 | |
| **Level II Review:** | Received: 08/13/2007 | Due: 09/11/2007 | Completed: 08/28/2007 | Disposition: GRANTED IN PART | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | WORK INCENTIVE | CTF-S-07-03306 | |
| **Level I Review:** | Received: 08/28/2007 | Due: 10/11/2007 | Completed: 09/25/2007 | Disposition: GRANTED IN PART | |
| **Level II Review:** | Received: 09/27/2007 | Due: 10/26/2007 | Completed: 11/05/2007 | Disposition: DENIED | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | TRANSFER | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | LIVING CONDITIONS | CTF-S- | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | STAFF COMPLAINTS | CTF-S-07-04904 | |
| **Level I Review:** | Received: 12/17/2007 | Due: 01/31/2008 | Completed: 01/29/2008 | Disposition: GRANTED IN PART | |
| **Level II Review:** | Received: 02/11/2008 | Due: 03/12/2008 | Completed: | Disposition: | |
| H60545 | CLEVELAND, I | UNIT III- B,C,D,E,F | LIVING CONDITIONS | CTF-S-08-00780 | |
| **Level II Review:** | Received: 02/29/2008 | Due: 04/14/2008 | Completed: | Disposition: | |

Total: 38