**E-Filed 6/24/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>            Plaintiff,<br><br>   v.<br><br>BEN CURRY, Warden, et al.,<br><br>            Defendant. | Case Number C 07-2809 JF<br><br>ORDER[1] GRANTING PLAINTIFF LEAVE TO SUPPLEMENT OR AMEND HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT<br><br>[re: docket no. 33] |

## I. BACKGROUND

On May 30, 2007, Plaintiff Ivan Cleveland, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. In separate written orders, this Court denied Plaintiff's motion to appoint counsel but granted Plaintiff's motion to proceed *in forma pauperis*. On November 2, 2007, this Court issued a partial dismissal order, which dismissed one defendant and directed the remaining defendants to file a dispositive motion within ninety days of the date of the order. The partial dismissal order granted Plaintiff thirty days from the date Defendants

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-2809 JF
ORDER GRANTING PLAINTIFF LEAVE TO SUPPLEMENT OR AMEND HIS OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND FOR SUMMARY JUDGMENT
(JFEX2)

1  filed to submit his opposition to the dispositive motion.  Defendants were granted an additional
2  fifteen days to reply to Plaintiff's opposition.  The matter was to be deemed submitted as of the
3  reply brief's due date; however, Defendants subsequently waived their right to reply.
4        There are two other pending motions in addition to Plaintiff's motion to stay the action
5  and schedule a case management conference.  On February 21, 2008, Plaintiff filed a motion
6  against retaliation.  On June 10, 2008, Plaintiff moved for financial relief and sanctions.
7        Because Cunningham substituted in as Plaintiff's counsel only two days before Plaintiff
8  filed his opposition to Defendants' motion, Cunningham likely did not have sufficient
9  opportunity to review the record or to assist Plaintiff in drafting the opposition.  Thus, the Court
10 will grant Plaintiff thirty (30) days to supplement or amend his opposition to Defendants' motion.
11 The Court then will take the matter under submission without oral argument unless the parties
12 are notified otherwise by the Court.[2]
13       SO ORDERED.

15 DATED: 6/24/08

17                 _____
                  JEREMY FOGEL
18                   United States District Judge

---

[2] There are two other pending motions in addition to Plaintiff's motion to stay the action and schedule a case management conference. On February 21, 2008, Plaintiff filed a motion against retaliation. On June 10, 2008, Plaintiff moved for financial relief and sanctions. These motions will be considered when the matter is taken under consideration.

2

Case No. C 07-2809 JF
ORDER GRANTING PLAINTIFF LEAVE TO SUPPLEMENT OR AMEND HIS OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND FOR SUMMARY JUDGMENT
(JFEX2)

1  This Order has been served upon the following persons:

2  Dennis Cunningham    denniscunningham@juno.com, 4muddypaz@comcast.net, gordonk@hotmail.com, josh@fireflyjournal.com

3

4  Kenneth T. Roost    ken.roost@doj.ca.gov, docketingSFCLS@doj.ca.gov, michael.xiang@doj.ca.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-2809 JF
ORDER  GRANTING PLAINTIFF LEAVE TO SUPPLEMENT OR AMEND HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT
(JFEX2)