Ivan V. Cleveland
Correctional Training Facility.
P.O. Box 689 (F-wing-256-Low.
Soledad. CA 93960-0689.

**FILED**
United States District Court
Northern District of California  2008 JUN 24  P 2:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Ivan V. Cleveland
　　　　Petitioner,

vs.

Ben Curry, Warden (A)
　　　　Respondent.

Petition for Writ.
Case No S158016
Motion For Extension
C07-2809-JF

On April 23, 2008 Petitioner Filed A Writ of Habeas Corpus To The California Supreme Court. It was Denied In the same Month, leaving Petitioner 60 days to file on the Next level which is The United States District Court, Northern District of California. The Institution Is on lockdown. In May It was due to A Riot Between the Blacks And Hispanics. Now In The Month of June It is Due To An escape by A Inmate which Has Caused A Serious lockdown. The Institution At This Time Has No Ideal of When This lockdown will Be over. This Has made It very difficult For Petitioner To have Proper Access To the legal-law library. Petitioner Is Respectfully Asking For A 20 day Extension.

Sincerely Yours
Mr Ivan Cleveland
Mr Ivan Cleveland

Date - 6-22-08



Mr. Ivan V. Cleveland - H-60595
F-Wing-256-Low.
P.O. Box 689
Soledad, CA 93960-0689

$00.42 JUN 23 2008
MAILED FROM ZIP CODE 93960
SAN JOSE

Legal Mail

To: The Clerk
of The Northern District of
California,
280 South First Street, Room 2112
San Jose, CA 95113-3095

9511332008 C080