To The Clerk In The United States District Northern.

My Name Is Ivan V. Cleveland

I Sent A Motion For Extension, In The Case Of Ivan V. Cleveland
          Petitioner.

   Vs,
Ben Curry Warden,
        Respondent.

Please Except My Apology, The Case Number Is (HC5655) Not S158016.

I'm Very Sorry, About The Mistake.

C07-2809-JF

Ivan V. Cleveland
        Petitioner.
   Vs
Ben Curry Warden,
       Respondent

Case No. HC5655

20 day Extension Please, due To Lockdown.

Date- 6-23-08

Sincerely Yours
Ivan Cleveland

VALLEY ADULT SCHOOL
USE BOTH SIDES

FILED
JUN 2 5 2008

John Cleveland #C60545
F-Wing-256-L
P.O. Box 689
Soledad, CA 93960-0689

Legal-Mail

To The Clerk, U.S.
Court Northern District
California,
280 South First Street,
San Jose, CA 95113-