EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants
Sather, Crawford, Curry, and Abanico

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>                             Plaintiff,<br><br>v.<br><br>BEN CURRY, Warden, et al.,<br><br>                            Defendants. | C 07-2809 JF (PR)<br><br>**REQUEST FOR CLARIFICATION OF THE COURT'S JUNE 24, 2008 ORDER** |

On June 24, 2008, the Court granted Cleveland an additional thirty days from the time of the order to supplement or amend his opposition to Defendants' motions to dismiss and for summary judgment.

But the Court appears to have misconstrued the record in part, stating that the dispositive motions were to be deemed submitted on the date that Defendants' reply brief was due, but that Defendants waived their right to a reply. (Order Granting Pl. Leave Am. Opp'n 2.) Contrariwise, Defendants timely filed a reply on May 15, 2008 (*see* Docket No. 20, the order granting Defendants' request for an extension of time such that the reply would be due on May

1  15, 2008) to Cleveland's opposition to Defendants' dispositive motions (Docket No. 39), which
2  was supported by two declarations (Docket Nos. 40–41).
3      To the extent that the Court's mistaken belief that Defendants waived their right to a reply
4  impacted the order granting Cleveland an extra thirty days to alter his opposition, Defendants
5  seek clarification or alteration of the order. Specifically, the Court's order concludes that the
6  matter will be taken under submission when thirty days pass for Cleveland to file an updated
7  opposition. (Order Granting Pl. Leave Am. Opp'n 2.) This leaves Defendants no chance to file
8  an updated reply to any updated opposition that Cleveland may file—which, in effect, means the
9  Court is waiving Defendants' right to a reply. This action seems based on the Court's mistaken
10 belief that Defendants have waived their right to a reply, rather than having timely filed one.
11 (*See* Docket Nos. 20, 39–41.)
12 //
13 //

1   Defendants thus seek clarification of the Court's June 24, 2008 order to the extent it grants
2   Cleveland an unrequested chance to update his opposition—and without granting Defendants an
3   equal opportunity to update their reply responsively to any new opposition—because, contrary to
4   the Court's understanding, Defendants timely filed a reply and by no means waived their right to
5   one.

Dated: July 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Acting Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

/s/ KPR

KENNETH T. ROOST
Deputy Attorney General
Attorneys for Defendants Sather, Crawford, Curry, and Abanico

20119566.wpd
SF2007403404

Request for Clarification

*Cleveland v. Curry, et al.*
C 07-2809 JF (PR)