**E-Filed 7/15/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>        Plaintiff,<br><br>    v.<br><br>BEN CURRY, Warden, et al.,<br><br>        Defendants. | Case Number C 07-2809 JF (PR)<br><br>ORDER[1] RE BRIEFING SCHEDULE<br><br>[re: docket no. 46] |

    Having considered Defendants' request for clarification regarding the Court's June 24, 2008 order, the Court will grant Defendants fifteen (15) days to reply to Plaintiff's supplemented or amended opposition. Should Plaintiff not supplement or amend his opposition, Defendants' fifteen-day reply period shall commence on July 24, 2008—thirty (30) days following the date of the Court's June 24, 2008 ruling.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)

1   IT IS SO ORDERED.

3   DATED: 7/11/08

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)

1  This Order has been served upon the following persons:

2  Dennis Cunningham    denniscunningham@juno.com, 4muddypaz@comcast.net, gordonk@hotmail.com, josh@fireflyjournal.com

3

4  Kenneth T. Roost    ken.roost@doj.ca.gov, docketingSFCLS@doj.ca.gov, michael.xiang@doj.ca.gov

3

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)