\*\*E-Filed 7/15/08\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>  Plaintiff,<br><br>  v.<br><br>BEN CURRY, Warden, et al.,<br><br>  Defendants. | Case Number C 07-2809 JF (PR)<br><br>ORDER[1] RE BRIEFING SCHEDULE<br><br>[re: docket no. 46] |

Having considered Defendants' request for clarification regarding the Court's June 24, 2008 order, the Court will grant Defendants fifteen (15) days to reply to Plaintiff's supplemented or amended opposition. Should Plaintiff not supplement or amend his opposition, Defendants' fifteen-day reply period shall commence on July 24, 2008—thirty (30) days following the date of the Court's June 24, 2008 ruling.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)

1    IT IS SO ORDERED.

3   DATED: 7/11/08

```
                                    _____
                                    JEREMY FOGEL
                                    United States District Judge
```

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)

This Order has been served upon the following persons:

Dennis Cunningham    denniscunningham@juno.com, 4muddypaz@comcast.net, gordonk@hotmail.com, josh@fireflyjournal.com

Kenneth T. Roost    ken.roost@doj.ca.gov, docketingSFCLS@doj.ca.gov, michael.xiang@doj.ca.gov

Case No. C 07-2809 JF (PR)__
ORDER RE BRIEFING SCHEDULE
(JFEX2)