Dennis Cunningham   #112910
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IVAN VERNARD CLEVELAND, | No. Cv 07-2809-JF |
| Plaintiff, | **ORDER TO SHOW CAUSE (PROPOSED)** |
| vs. | **re: Ransacking of Plaintiff's Cell at CTF-Soledad** |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

It appearing that the plaintiff, Ivan Cleveland, a prisoner at CTF-Soledad who has complained that he was sexually molested by a guard there, with the toleration of the Warden, in an action in this Court under the Civil Rights Acts which the Court has previously authorized, has recently had his cell at Soledad ransacked, and property including legal papers from this case destroyed, defaced or removed without explanation; and there being grounds for concern that this action was taken in retaliation for his allegations in this action,

IT IS HEREBY ORDERED:

That the prison Warden, defendant Curry — or a responsible surrogate from the prison administration with personal knowledge of the facts — be, and he is hereby directed to appear before this Court at a hearing on _____, 2008, at _____ oclock in the ___noon, and then and there SHOW CAUSE why action should not be taken by the Court, including the imposition of sanctions where appropriate, to punish the depredations against the plaintiff, and forestall and prevent any further retaliation against him in the premises of this case.

DATED: _____, 2008         ENTER: _____
                                                        Judge of the U.S. District Court

1