1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants
   Sather, Crawford, Curry, and Abanico
10

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15  **IVAN VERNARD CLEVELAND,**                    C 07-2809 JF (PR)

16                                 Plaintiff,      **DEFENDANTS' NOTICE OF
                                                   MOTION AND MOTION
17         v.                                      THAT THE COURT SCREEN
                                                   PLAINTIFF'S COMPLAINT
18  **BEN CURRY, Warden, et al.,**                 UNDER 28 U.S.C. § 1915A;
                                                   WAIVER OF REPLY UNDER
19                                Defendants.      42 U.S.C. § 1997e(g); AND
                                                   REQUEST FOR JURY TRIAL**
20

21      TO PLAINTIFF IVAN VERNARD CLEVELAND:

22      PLEASE TAKE NOTICE THAT Defendants Sather, Crawford, Curry, and Abanico

23  (Defendants) waive their right to reply to the amended complaint under 42 U.S.C. § 1997e(g),

24  and request that this Court screen the amended complaint under 28 U.S.C. § 1915A.

25      **A.   Background.**

26      Defendants filed motions to dismiss and for summary judgment (Docket No. 26), and the

27  Court recently gave the parties additional time to prospectively file supplemental responsive

28  briefs (Docket No. 49).

Defs.' Not. Mot. & Mot. Screen Compl. &
Waiver Reply & Request Jury Trial

                        1

*Cleveland v. Curry, et al.*
C 07-2809 JF (PR)

1    Cleveland has now filed an amended complaint. (Docket No. 51.) Defendants therefore

2    waive their right to reply so that the Court may screen the amended complaint under 28 U.S.C. §

3    1915A.

4    **B.    Defendants Request that the Court Screen Plaintiff's Amended Complaint Under 28 U.S.C. § 1915A.**

5

6    Under 28 U.S.C. § 1915A, "[t]he court shall review, before docketing, if feasible or, in any

7    event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner

8    seeks redress from a governmental entity or officer or employee of a governmental entity." Upon

9    such review, the Court shall identify cognizable claims or dismiss any or all portions of the

10    complaint if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may

11    be granted." 28 U.S.C. § 1915A(b).

12    Thus, Defendants request that the Court screen Cleveland's amended complaint and

13    dismiss, if any, those claims and defendants the Court believes should be dismissed.

14    **C.    Defendants Waive Their Right to Reply to Cleveland's Amended Complaint.**

15    Defendants waive their right to reply to Plaintiff's amended complaint. Under 42 U.S.C. §

16    1997e(g), "[a]ny defendant may waive the right to reply to any action brought by a prisoner

17    confined in any jail, prison, or other correctional facility under . . . Federal law. Notwithstanding

18    any other law or rule of procedure, such a waiver shall not constitute an admission of the

19    allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply

20    has been filed." However, "the Court may require any defendant to reply to a complaint brought

21    under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the

22    merits." 42 U.S.C. § 1997e(g)(2).

23    Assuming that the Court does not dismiss the amended complaint in its entirety, Defendants

24    request that the Court allow sixty days from the date of the Court's order for Defendants to file

25    their responsive pleading. If additional defendants are ordered to be served, Defendants

26    respectfully request that, in the interest of judicial efficiency and the efficiency of the parties, the

27    Court set one responsive pleading date sixty days after the final defendant has been served.

28    //

Defs.' Not. Mot. & Mot. Screen Compl. &                    *Cleveland v. Curry, et al.*
Waiver Reply & Request Jury Trial                          C 07-2809 JF (PR)

2

1    **D.   Defendants Request a Jury Trial.**

2    Defendants also request a trial by jury in this case. Fed. R. Civ. P. 38(b).

3    **E.    Conclusion.**

4    Defendants respectfully request that the Court screen Cleveland's amended complaint under

5    28 U.S.C. § 1915A. To allow the Court sufficient time to complete a screening, Defendants

6    waive their right to reply to Plaintiff's amended complaint under 42 U.S.C. § 1997e(g).

7    Defendants also request a trial by jury in this case.

8

9            Dated: July 16, 2008

10                              Respectfully submitted,

11                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

12                              DAVID S. CHANEY
                                Chief Assistant Attorney General

13                              ROCHELLE C. EAST
14                              Acting Senior Assistant Attorney General

                                THOMAS S. PATTERSON
15                              Supervising Deputy Attorney General

16

17

18                              KENNETH T. ROOST
19                              Deputy Attorney General
                                Attorneys for Defendants
20                              Sather, Crawford, Curry, and Abanico

21

22    20123768.wpd
      SF2007403404
23

24

25

26

27

28

Defs.' Not. Mot. & Mot. Screen Compl. &                              *Cleveland v. Curry, et al.*
Waiver Reply & Request Jury Trial                                    C 07-2809 JF (PR)

                                      3