\*\*E-Filed 9/22/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | Case Number 5:07-cv-02809-JF |
| Plaintiffs, | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| Ben Curry, Warden, et al., | [re:  dkt entry 73 ] |
| Defendants. | |

Plaintiff Ivan Cleveland ("Cleveland"), who is represented by counsel, submitted a motion for preliminary injunction (dkt entry 73) that he appears to have prepared himself.  The motion requests that the Court enjoin Defendants from giving him a cell-mate rather than permitting him to remain in a single cell.

A preliminary injunction is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Winter v. Natural Res. Def. Council, Inc.*, 129 S.Ct. 365, 376 (2008). "The proper legal standard for preliminary injunctive relief requires a party to demonstrate [1] 'that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest.'" *Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009) (citing *Winter*, 129 S. Ct. at 374)).  The issuance of a

1  preliminary injunction is committed to the discretion of the District Court. *Indep. Living Ctr. of*
2  *Southern Cal., Inc. v. Maxwell-Jolly*, 572 F.3d 644, 651 (9th Cir. 2009).
3       Cleveland fails to meet this standard. He has failed to demonstrate that he is likely to
4  prevail on any claim relating to whether he is given a cell-mate, and he has failed to establish that
5  he would suffer irreparable harm from having a cell-mate. Accordingly, the motion is DENIED.
6       IT IS SO ORDERED.

8  DATED: 9/22/2011
   _____
   JEREMY FOGEL
9  United States District Judge