1  KAMALA D. HARRIS
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-5726
6  Fax: (415) 703-5843
    E-mail: Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants Curry and Abanico*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IVAN VERNARD CLEVELAND,**<br><br>Plaintiff,<br><br>v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>Defendants. | C 07-2809 CRB (PR)<br><br>**STIPULATION TO CHANGE THE TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |

1     This Court has scheduled the initial case management conference in this case for Friday, February 17, 2012 at 8:30 a.m. However, counsel for Defendants has a previously-scheduled hearing before Judge Whyte in San Jose on February 17, 2012 at 9:00 a.m. Therefore, the parties stipulate to move the initial case management conference in this case to February 24, 2012 at 8:30 a.m., or such other date as this Court deems appropriate

### E-FILING ATTESTATION

    By his signature below, and pursuant to General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: February 16, 2012      By: /s/ Dennis Cunningham

    *Attorney for Plaintiffs Cleveland, Trask, Morris, Huff, and Jones*

Dated: February 16, 2012      By: /s/ Michael J. Quinn

    *Attorneys for Defendants Curry and Abanico*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed: February 16, 2012      Dated: _____

    The Honorable Charles R. Breyer
    Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

SF2007403404
40530025.doc

1

Stipulation to Change Time (C-07-2809 JF (PR))