KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Curry and Abanico*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IVAN VERNARD CLEVELAND,**<br><br>                    Plaintiff,<br><br>v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>                    Defendants. | C 07-2809 CRB (PR)<br><br>**STIPULATION TO CHANGE THE TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |

1  This Court has scheduled the initial case management conference in this case for Friday, February 17, 2012 at 8:30 a.m.  However, counsel for Defendants has a previously-scheduled hearing before Judge Whyte in San Jose on February 17, 2012 at 9:00 a.m.  Therefore, the parties stipulate to move the initial case management conference in this case to February 24, 2012 at 8:30 a.m., or such other date as this Court deems appropriate

### E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  February 16, 2012          By:   /s/  Dennis Cunningham

*Attorney for Plaintiffs Cleveland, Trask, Morris, Huff, and Jones*

Dated:  February 16, 2012          By:   /s/  Michael J. Quinn

*Attorneys for Defendants Curry and Abanico*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed:  February 16, 2012          Dated: _____

The Honorable Charles R. Breyer
Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

SF2007403404
40530025.doc

1

Stipulation to Change Time (C-07-2809 JF (PR))