UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

IVAN VERNORD CLEVELAND,      No. 3:07-CV-2809 CRB (NJV)

    Plaintiff,       ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
v.

BEN CURRY, WARDEN, et al.,

    Defendants.
_____/

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of IVAN VERNORD CLEVELAND, inmate no. H-60545, presently in custody at the Correctional Training Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: June 8, 2012

                                                NANDOR J. VADAS
                                                United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:      Randy Grounds, Warden, Correctional Training Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of IVAN VERNORD CLEVELAND, inmate no. H-60545, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on July 11, 2012, at 11:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Cleveland v. Curry, et al, and

1  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
2  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
3  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;
5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: June 8, 2012

9                                          RICHARD WIEKING
                                            CLERK, UNITED STATES DISTRICT COURT

11                                         By: Linn Van Meter
                                               Administrative Law Clerk

15  Dated:  June 8, 2012            _____
                                    NANDOR J. VADAS
                                    United States Magistrate Judge

