UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND,<br><br>　　　　Plaintiff,<br>　v.<br><br>BEN CURRY, WARDEN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 3:07-CV-2809 CRB (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of IVAN VERNORD CLEVELAND, inmate no. H-60545, presently in custody at the Correctional Training Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: June 8, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　Randy Grounds, Warden, Correctional Training Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of IVAN VERNORD CLEVELAND, inmate no. H-60545, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on July 11, 2012, at 11:00 a.m. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Cleveland v. Curry, et al, and

at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 8, 2012

          RICHARD WIEKING
          CLERK, UNITED STATES DISTRICT COURT

          By: Linn Van Meter
              Administrative Law Clerk

Dated: June 8, 2012



_____
NANDOR J. VADAS
United States Magistrate Judge

2