UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BEN CURRY, WARDEN, et al., <br><br> Defendants. <br> _____/ | No. 3:07-CV-2809 CRB (NJV) <br><br> ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS |

The settlement conference previously scheduled in this case for July 11, 2012, at 11:00 a.m. is HEREBY VACATED. The order that Counsel meet and confer telephonically to discuss settlement of this case remains in place. The telephonic status conference on Tuesday, July 3, 2012, at 2:15 p.m, also remains set. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement and be prepared to discuss the status of the case.

Finally, the writ of habeas corpus ad testificandum issued June 8, 2012, for the presence of Plaintiff at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge