UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND,<br><br>        Plaintiff,<br>v.<br><br>BEN CURRY, WARDEN,<br>et al.,<br><br>        Defendants.<br>_____/ | No. 3:07-CV-2809 CRB (NJV)<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a settlement conference is scheduled for September 6, 2012, at 1:00 at the United States Federal Courthouse in San Francisco, California. The parties shall meet at the undersigned's chambers on the 16th floor.

    Lead trial counsel shall appear at the settlement conference on July 11, 2012, with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

    Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

1  Confidential settlement conference statements shall be mailed or emailed
2  (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the
3  settlement conference.
4  Any request to continue the settlement conference shall state the reason therefor and be
5  submitted in writing as soon as possible well in advance of the scheduled conference date. Requests
6  to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.
7  The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
8  case settles prior to the date set for the settlement conference.
9  IT IS SO ORDERED.

Dated: July 9, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge