IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN VERNARD CLEVELAND,

    Plaintiff,

        v

BEN CURRY,

    Defendants.

Case No C 07-2809 CRB (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on September 6, 2012 in San Fancisco. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff's counsel Dennis Cunningham

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Michael Quinn

    ☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the matter is set for settlement/status conference on November 6, 2012 at 1:00 p.m. Parties are instructed to dial 888-684-8852, enter access code 1868782 and security code 7416.

Date: September 20, 2012

_____
Nandor J Vadas
United States Magistrate Judge