United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    IVAN VERNARD CLEVELAND,                    Case No C 07-2809 CRB (NJV)

13          Plaintiff,                           REPORT OF PRO SE PRISONER
                                                 EARLY SETTLEMENT
14                v                              PROCEEDING

15    BEN CURRY,

16          Defendants.

17

18

19         A settlement conference in this matter was held on September 6, 2012 in San

20   Fancisco. The results of that proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23          ☒   Plaintiff's counsel Dennis Cunningham

24          ☐  Warden or warden's representative

25          ☒  Office of the California Attorney General, Michael Quinn

26          ☐  Other: California Department of Corrections and Rehabilitation

27

28

1    (2)     The following individuals, parties, and/or representatives did not appear:

2    (3)     The outcome of the proceeding was:

3              ☐ The case has been completely settled.

4              ☐  The case has been partially resolved and, on or before

5    _____, counsel for defendants shall file a joint stipulation specifying

6    those claims which have been resolved and those that remain to be resolved by the Court.

7              ☐ The parties agree to an additional follow up settlement on

8    _____.

9              ☒  The parties are unable to reach an agreement at this time.  However, the matter

10   is set for settlement/status conference on November 6, 2012 at 1:00 p.m.  Parties are

11   instructed to dial 888-684-8852, enter access code 1868782 and security code 7416.

12   Date:  September 20, 2012              _____

13                                         Nandor J Vadas
                                           United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California