**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IVAN VERNARD CLEVELAND, et al., | No. C 07-02809 NJV (LB) |
| Plaintiffs, | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| BEN CURRY, et al., | |
| Defendants. | |
| _____/ | |

The parties have a settlement conference set for April 8, 2013. The court directs them to submit the following information required by the court's order on settlement conference statements. *See* ECF No. 123. The information *may* be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it *must* be submitted by Thursday, April 4, 2013, at 5:00 p.m.

**Defendants** *must* respond with a dollar amount to Plaintiffs' demand and *must* let the court know the response.

**Plaintiffs** *must* provide attorney's fees to date and projected fees and costs through trial and *may* let the court know confidentially.

**IT IS SO ORDERED.**

Dated: April 3, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 07-02809 NJV (LB)