KAMALA D. HARRIS  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5726  
Facsimile: (415) 703-5843  
E-Mail: Michael.Quinn@doj.ca.gov

March 28, 2013

The Honorable Laurel Beeler  
United States Magistrate Judge  
United States District Court, Northern District  
San Francisco Courthouse, Courtroom C—15th Floor  
450 Golden Gate Ave.  
San Francisco, CA 94102

RE: Cleveland v. Curry, et al.  
<u>United States District Court, Northern District of California, Case No. C 07-2809 NJV (PR)</u>

Dear Judge Beeler:

    I am the Deputy Attorney General assigned to this case. I write to request that California Department of Corrections and Rehabilitation Staff Counsel Michael Mueller be excused from personally attending the April 8 settlement conference. Due to the CDCR's ongoing budget issues, we ask that the CDCR staff counsel be allowed to appear at the settlement conference by telephone.

    Thank you for your consideration of this request.

Sincerely,

*[signature]*

MICHAEL J. QUINN  
Deputy Attorney General

For    KAMALA D. HARRIS  
Attorney General

cc: Dennis Cunningham, Esq. Counsel should be continuosly available all day by phone.

SF2007403404  
20681279.doc

Date: April 4, 2013

*[APPROVED stamp — Judge Laurel Beeler, United States District Court, Northern District of California]*