UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVAN VERNFORD CLEVELAND,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>RANDY GROUNDS, Warden, OFFICER ABANICO, et al.,<br><br>　　　　　Respondents. | Case No: C 12-5222 SBA (pr)<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Magistrate Judge Nandor J. Vadas to consider whether it is related to <u>Cleveland v. Curry</u>, No. C 07-2809 NJV (pr).  Although the above-captioned case was filed as a petition for a writ of habeas corpus, it actually appears to be a civil rights action alleging sexual harassment by Officer Abanico.  The claim in this action ostensibly is one of the claims alleged in the earlier-filed case before Magistrate Judge Vadas.  The parties shall file any response in opposition to or in support of relating the cases within fourteen (14) days of receipt of this Order.

　　　IT IS SO ORDERED.

Dated: June 17, 2013

　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

N:\K..\Prisoner\12-5222 - Cleveland - Order of Reference - Judicial Referral for Related Cases.docx

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IVAN CLEVELAND,

       Plaintiff,

 v.

RANDY GROUNDS et al,

       Defendant.
_____/

Case Number: CV12-05222 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Vernord Cleveland H-60545
CTF-Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 17, 2013

                              Richard W. Wieking, Clerk
                              By: Lisa Clark, Deputy Clerk