UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | No. 1:07-CV-2809 NJV (LB) |
| Plaintiffs, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DEMETRIUS DUANE HUFF, inmate no. J-33362, presently in custody at the Correctional Training Facility, as the presence of said party will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 16, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Correctional Training Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DEMETRIUS DUANE HUFF, inmate no. J-33362, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 14, at 8:30 a.m. on November 4, 2013, in order that said prisoner may then and there participate in the trial in the matter of Cleveland v. Curry, 1:07-cv-2809 NJV (LB), and further to produce said prisoner each day until the termination of the trial.

The trial is estimated to continue through November 8, 2013.  At the termination of said trial you shall return the prisoner forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner.

     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  October 16, 2013

                                                    RICHARD WIEKING
                                                    CLERK, UNITED STATES DISTRICT COURT



By: Linn Van Meter
     Administrative Law Clerk

Dated: October 16, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | No. 1:07-CV-2809 NJV (LB) |
| Plaintiffs, | |
| v. | CERTIFICATE OF SERVICE |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 16, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Correctional Training Facility
PO Box 686
Soledad, CA 93960-0686

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas