UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | No. 07-CV-02809 NJV |
| Plaintiffs, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| WARDEN BEN CURRY, et al., | |
| Defendants. | |

This case is set for trial to begin on November 4, 2013. A telephonic status conference is HEREBY SET for 1:00 pm. on October 29, 2013, to address any remaining issues. The parties should call 888-684-8852, enter access code 1868782 and then enter security code 7416.

Dated: October 21, 2013

Nandor J. Vadas
United States Magistrate Judge