**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

IVAN VERNORD CLEVELAND, et al.,                    No.  07-CV-02809 NJV

        Plaintiffs,

   v.                                                      ORDER SETTING STATUS CONFERENCE

WARDEN BEN CURRY, et al.,

        Defendants.
_____/

     This case is set for trial to begin on November 4, 2013.  A telephonic status conference is HEREBY SET for 1:00 pm. on October 29, 2013, to address any remaining issues.  The parties should call 888-684-8852, enter access code 1868782 and then enter security code 7416.

Dated: October 21, 2013                    _____
                                Nandor J. Vadas
                                United States Magistrate Judge