UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | C 07-02809 NJV (LB) |
| Plaintiff, | AMENDED ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of IVAN VERNORD CLEVELAND, inmate no. H-60545, presently in custody at the Correctional Training Facility, as the presence of said party will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: October 24, 2013

_____
LAUREL BEELER
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Correctional Training Facility

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of IVAN VERNORD CLEVELAND, inmate no. H-60545 in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, (1) in Courtroom C at 9:30 a.m.

on November 1, 2013 so that the prisoner may participate in a court-ordered settlement conference and (2) in Courtroom 14, at 8:30 a.m. on November 4, 2013, in order that said prisoner may then and there participate in the trial in the matter of Cleveland v. Curry, 1:07-cv-2809 NJV (LB), and further to produce said prisoner each day until the termination of the trial. The trial is estimated to continue through November 8, 2013. At the termination of said trial you shall return the prisoner forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner.

    Witness the Honorable Laurel Beeler, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: October 24, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Lashanda Scott
    Deputy Clerk

Dated: October 24, 2013

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al., | No. 1:07-CV-2809 NJV (LB) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| BEN CURRY, Warden, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 24, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Correctional Training Facility
PO Box 686
Soledad, CA 93960-0686

_____
Lashanda Scott - Deputy Clerk