**United States District Court**
For the Northern District of California

1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7 EUREKA DIVISION
8
9 IVAN VERNORD CLEVELAND, et al.,          C 07-02809 NJV (LB)
10                                          AMENDED
            Plaintiff,                      ORDER AND WRIT OF HABEAS
11       v.                                 CORPUS AD TESTIFICANDUM
12 BEN CURRY, Warden, et al.,
13          Defendants.
                                        /
14
15 It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for
16 the person of  IVAN VERNORD CLEVELAND, inmate no. H-60545, presently in custody at the
17 Correctional Training Facility, as the presence of said party will be necessary at proceedings in the
18 above-entitled cause and thereafter as may be required.
19
20
21 Dated: October 24, 2013          _____
                                     LAUREL BEELER
22                                   United States Magistrate Judge
23
24         THE PRESIDENT OF THE UNITED STATES OF AMERICA
25 TO:    Warden, Correctional Training Facility
26                         GREETINGS
27 WE COMMAND that you have and produce the body of IVAN VERNORD CLEVELAND,  inmate
28 no. H-60545 in your custody in the hereinabove-mentioned institution, before the United States

District Court at 450 Golden Gate Ave., San Francisco, (1) in Courtroom C at 9:30 a.m.

**United States District Court**

For the Northern District of California

1    on November 1, 2013 so that the prisoner may participate in a court-ordered settlement conference

2    and (2) in Courtroom 14, at 8:30 a.m. on November 4, 2013, in order that said prisoner may then and

3    there participate in the trial in the matter of Cleveland v. Curry, 1:07-cv-2809 NJV (LB), and further

4    to produce said prisoner each day until the termination of the trial. The trial is estimated to continue

5    through November 8, 2013. At the termination of said trial you shall return the prisoner forthwith to

6    said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall

7    thereafter be made concerning the custody of said prisoner.

8            Witness the Honorable Laurel Beeler, Magistrate Judge of the United States District Court

9    for the Northern District of California.

10

      Dated:  October 24, 2013

11                                                    RICHARD WIEKING
                                                      CLERK, UNITED STATES DISTRICT
12                                                    COURT

13                                                    By: Lashanda Scott
                                                          Deputy Clerk

14

15

16

17   Dated: October 24, 2013                         _____

                                                      LAUREL BEELER
18                                                    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                              EUREKA DIVISION

9

10

11   IVAN VERNORD CLEVELAND, et al.,              No. 1:07-CV-2809 NJV (LB)

           Plaintiff,

12

           v.                                    CERTIFICATE OF SERVICE

13

     BEN CURRY, Warden, et al.,

14

           Defendants.

15   _____/

16

17         I, the undersigned, hereby certify that on October 24, 2013, I SERVED a true and correct

18   copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

19   listed below, by depositing said envelope in the U.S. Mail.

20

21   Litigation Coordinator
     Correctional Training Facility
22   PO Box 686
     Soledad, CA 93960-0686

23

24

25

26   _____
                                                 Lashanda Scott - Deputy Clerk

27

28

                                               3