**United States District Court**
For the Northern District of California

1

2

3

4

5        UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7        EUREKA DIVISION

8

9    IVAN VERNORD CLEVELAND, et al.,          C 07-02809 NJV (LB)

10                                            AMENDED
                  Plaintiff,                  ORDER AND WRIT OF HABEAS
11          v.                                CORPUS AD TESTIFICANDUM

12   BEN CURRY, Warden, et al.,

13              Defendants.
     _____/

14

15   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for

16   the person of  ROBERT DALE MORRIS, inmate no. D-13147, presently in custody at Folsom State

17   Prison, as the presence of said party will be necessary at proceedings in the above-entitled

18   cause and thereafter as may be required.

19

20   Dated: October 24, 2013                        _____

21                                            LAUREL BEELER
                                              United States Magistrate Judge

22

23                  THE PRESIDENT OF THE UNITED STATES OF AMERICA

24   TO:     Warden, Folsom State Prison

25                                    GREETINGS

26          WE COMMAND that you have and produce the body of ROBERT DALE MORRIS,

27   inmate no. D-13147 in your custody in the hereinabove-mentioned institution, before the United

28   States District Court at 450 Golden Gate Ave., San Francisco, (1) in Courtroom C

1    at 9:30 a.m. on November 1, 2013 so that the prisoner may participate in a court-ordered settlement

2    conference and (2) in Courtroom 14, at 8:30 a.m. on November 4, 2013, in order that said prisoner

3    may then and there participate in the trial in the matter of Cleveland v. Curry, 1:07-cv-2809 NJV

4    (LB), and further to produce said prisoner each day until the termination of the trial. The trial is

5    estimated to continue through November 8, 2013. At the termination of said trial you shall return the

6    prisoner forthwith to said hereinabove-mentioned institution, or abide by such order of the above-

7    entitled Court as shall thereafter be made concerning the custody of said prisoner.

8         Witness the Honorable Laurel Beeler, Magistrate Judge of the United States District Court

9    for the Northern District of California.

10

Dated:  October 24, 2013

11                                                      RICHARD WIEKING
                                                        CLERK, UNITED STATES DISTRICT
12                                                      COURT

13                                                      By: Lashanda Scott
                                                            Deputy Clerk
14

15

16

17   Dated: October 24, 2013

18                                                      LAUREL BEELER
                                                        United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

IVAN VERNORD CLEVELAND, et al.,                    No. 1:07-CV-2809 NJV (LB)

          Plaintiff,

    v.                                                   CERTIFICATE OF SERVICE

BEN CURRY, Warden, et al.,

          Defendants.

_____/

      I, the undersigned, hereby certify that on October 24, 2013, I SERVED a true and correct

copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Folsom State Prison
PO Box 71
Represa, CA 95671

_____
Lashanda Scott - Deputy Clerk