UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BEN CURRY, et al.,<br><br>Defendants. | Case No. 07-cv-02809-NJV<br><br>**ORDER DENYING DEFENDANTS' MOTION TO QUASH WRITS OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Re: Dkt. No. 172 |

The court appreciates that the costs involved in transporting the five plaintiffs to and from trial, and guarding them for the duration of the proceedings, are significant. The court has conducted proceedings involving prisoners via video-conference. The court is concerned that video-conferencing the five plaintiffs[1] from four remote locations with the court in San Francisco would entail enormous coordination with each institution, and entail numerous logistical and technological difficulties that could lengthen the proceedings unnecessarily. The court also agrees with plaintiffs that jurors could perceive their testimony differently if they are only allowed to present it remotely. *See* Doc. No. 178. Accordingly, the court denies the motion to quash.

**IT IS SO ORDERED**.

Dated: October 24, 2013

NANDOR J. VADAS
United States Magistrate Judge

---

[1] Defendants note that one of the plaintiffs would need to be transported to a correctional facility that is capable of using the video-conferencing equipment at trial.