United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN VERNORD CLEVELAND, et al.,

Plaintiffs,

v.

BEN CURRY, et al.,

Defendants.

Case No.  07-cv-02809-NJV

**ORDER JURY REFRESHMENTS**

   **IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning  November 5, 2013, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 14, 18th floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: October 28, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge