UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

IVAN VERNORD CLEVELAND, et al.,

    Plaintiffs,

v.

BEN CURRY, et al.,

    Defendants.

Case No. 07-cv-02809-NJV

**ORDER ON PLAINTIFFS' MOTION RE DEFENSE WITNESSES**

Re: Dkt. No. 177

Plaintiffs request that the Court add two defense witnesses to their witness list. The first witness was withdrawn by Defendants prior to Plaintiffs' motion. The second witness, Lt. Padilla, remains on Defendants' witness list.

Without further information concerning the name and responsibilities of the first (erstwhile) witness, the Court at this juncture denies the motion without prejudice. If Plaintiffs provide further facts and legal authority to support their request, the Court may reconsider the motion at trial.

With respect to Lt. Padilla, the motion is granted to the extent that Plaintiffs may add Padilla to their witness list. Plaintiffs' request to un-redact the references to Padilla in documents produced by Defendants in discovery is denied.

**IT IS SO ORDERED**.

Dated: October 29, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge