United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IVAN VERNORD CLEVELAND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BEN CURRY, et al.,<br><br>　　　　　Defendants. | Case No.　07-cv-02809-NJV<br><br>**ORDER REQUIRING CDCR TO ALLOW PLAINTIFFS TO SHOWER AND SHAVE BEFORE TRIAL** |

　　　　Trial in this action is scheduled to begin at 08:30 a.m. on Monday, November 4, 2013. The undersigned orders CDCR to allow the plaintiffs in this action to shower and shave at a reasonable time before the beginning of the trial.

　　　　**IT IS SO ORDERED**.

Dated: November 1, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge