1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6                                        EUREKA DIVISION

7

8    IVAN VERNORD CLEVELAND, et al.,            Case No.  07-cv-02809-NJV

           Plaintiffs,

9

          v.                                    **JUDGMENT**

10

11   BEN CURRY, et al.,

           Defendants.

12

13

14          This action was tried before a jury, the undersigned Magistrate Judge presiding.  On

15   November 8, 2013, the jury found that Plaintiffs Ivan Cleveland, Demetrius Huff, Desmond Jones,

16   Robert Morris, and Kenneth Trask had established that Defendant Erwin Abanico had violated

17   their Eighth Amendment rights and that Defendant Ben Curry had failed to intercede to stop those

18   violations.  The jury awarded damages, including punitive damages, to all Plaintiffs against both

19   Defendants.  *See* Doc. No. 211.

20          On February 21, 2014, the court granted in part Defendants' renewed motion for judgment

21   as a matter of law and granted in part Defendants' motion for remittitur.  *See* Doc. No. 232.

22          Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be

23   entered as follows:

24          (1)  for Plaintiff Cleveland against Defendant Abanico, judgment in the amount of $7,000;

25              for Plaintiff Cleveland against Defendant Curry, judgment in the amount of $5,001;

26          (2)  for Plaintiff Huff against Defendant Abanico, judgment in the amount of $10,000;

27              against Plaintiff Huff and for Defendant Curry, Huff shall take nothing against

28              Defendant Curry;

United States District Court
Northern District of California

1    (3) for Plaintiff Jones against Defendant Abanico, judgment in the amount of $7,000;

2         against Plaintiff Jones and for Defendant Curry, Jones shall take nothing against

3         Defendant Curry;

4    (4) for Plaintiff Morris against Defendant Abanico, judgment in the amount of $7,000; for

5         Plaintiff Morris against Defendant Curry, judgment in the amount of $5,001; and,

6    (5) for Plaintiff Trask against Defendant Abanico, judgment in the amount of $15,000; for

7         Plaintiff Trask against Defendant Curry, judgment in the amount of $5,001.

8         Plaintiffs accordingly shall take a total judgment of $61,003.  Plaintiffs shall also recover

9  from Defendants the costs of suit according to proof.

10

11         **IT IS SO ORDERED.**

12  Dated: February 25, 2014

13  _____

14  NANDOR J. VADAS
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California