| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARISA Y. KIRSCHENBAUER<br>Supervising Deputy Attorney General |
| 3 | MICHAEL J. QUINN<br>Deputy Attorney General |
| 4 | State Bar No. 209542 |
| 5 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 6 | Telephone: (415) 703-5726<br>Fax: (415) 703-5843 |
| 7 | E-mail: Michael.Quinn@doj.ca.gov<br>*Attorneys for Defendants Curry and Abanico* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IVAN VERNARD CLEVELAND,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**BEN CURRY, Warden, et al.,**<br><br>                              Defendants. | C 07-2809 NJV<br><br>**STIPULATION AND [PROPOSED]<br>ORDER STAYING EXECUTION OF<br>JUDGMENT PENDING SETTLEMENT<br>CONFERENCE** |

## INTRODUCTION

Judgment was entered in favor of plaintiffs Ivan Cleveland, Demetrius Huff, Desmond Jones, Robert Morris, and Kenneth Trask and against defendants Abanico and Curry on February 25, 2014. On March 7, 2014, Magistrate Judge Beeler scheduled a settlement conference for March 24, 2014 so that the parties can attempt to resolve the matter before defendants seek relief in the Ninth Circuit Court of Appeals. The parties now agree to stipulate to an order staying execution of the judgment while the settlement proceedings with Judge Beeler are ongoing.

## STIPULATION

The parties hereto, through their respective attorneys, stipulate to an order staying execution of the $61,003 judgment in favor of plaintiffs Ivan Cleveland, Demetrius Huff, Desmond Jones, Robert Morris, and Kenneth Trask and against defendants Abanico and Curry while the settlement proceedings with Judge Beeler are ongoing.

## E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: March 12, 2014      By:  /s/ *Dennis Cunningham*
                                                *Attorney for Plaintiffs*

Dated: March 12, 2014      By:  /s/ *Michael J. Quinn*
                                                *Attorney for Defendants*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2014

The Honorable Nandor J. Vadas
United States Magistrate Judge