UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IVAN VERNARD CLEVELAND, et al., | No. C 07-02809 NJV (LB) |
| Plaintiffs, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| BEN CURRY, et al., | |
| Defendants. | |
| _____/ | |

The parties have a settlement conference set for April 22, 2013. The attorneys and the CDCR client representative will appear in person. As the parties and court previously agreed, the plaintiffs must be available by telephone starting at 9:30 a.m. for the entire settlement conference. The court has already circulated a toll-free call-in number. The court likely will start with an attorneys' only conference to discuss some of the financial issues, but Plaintiffs nonetheless must be available for the entire settlement conference.

**IT IS SO ORDERED.**

Dated: April 21, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 07-02809 NJV (LB)