Dennis Cunningham   #112910
115-A Bartlett Street
San Francisco, CA 94110
415-285-8091 / FAX 285-8092
denniscunninghamlaw@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>                              Plaintiff,<br><br>     v.<br><br>BEN CURRY, Warden, et al.,<br><br>                              Defendants. | C 07-2809 NJV<br><br>**PLAINTIFFS' SUPPLEMENT TO BILL OF COSTS** |

During the March 20, 2015 telephonic settlement conference before Magistrate Judge Laurel Beeler, the parties stipulated that Plaintiffs would submit a supplement to the bill of costs in connection with deposition expenses that were not awarded in this Court's February 26, 2014 order regarding attorneys' fees. The Court refrained from awarding those costs in that February 26, 2014 order because Plaintiffs had "not provided sufficient documentation to demonstrate that all of [the] costs were incurred and are recoverable concerning the attorneys' fees in the case." (ECF No. 234, 4:12-14.) Plaintiffs now submit the following attached exhibits that detail the expenses that were incurred in taking five depositions ($1,934), and purchasing two deposition transcripts ($487.50):

| | | |
|---|---|---|
| Exhibit A. | Dep of Warden Curry | $741.00 |
| Exhibit B. | Deps of M. Biggs & C. Noll | 543.00 |
| Exhibit C. | Deps of I Guerra & D. King | 650.00 |
| Exhibit D. | Dep copies: Cleveland & Huff | 487.50 |
| TOTAL . . . . . . . . | | $2421.50 |

Plaintiffs' counsel's fees and costs now total $63,412.50.

Dated: April 23, 2015

Respectfully Submitted,

/s/ _____
DENNIS CUNNINGHAM
*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____   DATED: May 12, 2015
~~United States District Judge~~
United States Magistrate Judge

SF2007403404
41262302.doc

1

Fed. I.D. No.: 68-0077682                                                                Soc. Sec. No.: 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



# A. Maggi Saunders & Associates
## Certified Shorthand Reporters

57 Plymouth Avenue
Mill Valley, California 94941
(415) 383-6281 and Facsimile

A. Maggi Saunders, C.S.R.
License No. 2755

To:

Law offices of Dennis Cunningham
115-A Bartlett Street
San Francisco, California 94100

Invoice No.:   20127

Date:   February 17, 2010

ATTN.: DENNIS CUNNINGHAM, ESQ.

---

RE:   IVAN VERNARD CLEVELAND, VS. BEN CURRY, WARDEN, ET AL,
USDC, Northern Dist of CA, No. CV-07-2809-JF

TAKEN: Friday, January 29, 2010

Deposition of: BENJAMIN CURRY

| | |
|---|---:|
| Original and one copy | $ 708.00 |
| Reporter's certificate | 10.00 |
| Exhibits | 8.00 |
| Condensed transcript/NO CHARGE! | .00 |
| Delivery | 15.00 |
| | $ 741.00 |

THANK YOU.

EXHIBIT A

2% Finance charge per month on all accounts not paid in 30 days from the date of invoice. Annual percentage rate 24%

Fed. I.D. No.: 68-0077682  
Soc. Sec. No.: 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



# A. Maggi Saunders & Associates
## Certified Shorthand Reporters

57 Plymouth Avenue  
Mill Valley, California 94941  
(415) 383-6281 and Facsimile

A. Maggi Saunders, C.S.R.  
License No. 2755

**To:** Law offices of Dennis Cunningham  
115-A Bartlett Street  
San Francisco, California 94110

**Invoice No.:** 20178

**Date:** May 17, 2010

ATTN.: DENNIS CUNNINGHAM, ESQ.

T-194

RE: IVAN VERNARD CLEVELAND VS. BEN CURRY, WARDEN, ET AL,  
USDC, Northern Dist of CA, No. C-07-2809 JF(PR)

TAKEN: Friday, April 30, 2010

Deposition of: CHIEF DEPUTY WARDEN COLLEEN NOLL AND MICHAEL BIGGS

TAKEN: Friday, April 30, 2010

| | |
|---|---|
| Original and one copy/two depos | $ 528.00 |
| Delivery | 15.00 |
| | $ 543.00 |

THANK YOU.



EXHIBIT B

2% Finance charge per month on all accounts not paid in 30 days from the date of invoice. Annual percentage rate 24%

**AIKEN & WELCH**
1 KAISER PLAZA
SUITE 505
OAKLAND CA 94612
(510)451-1580
FAX (510)451-3797
www.aikenwelch.com
A California Corp.  EIN:94-2832206



# INVOICE

PAGE          1
INVOICE DATE  01/25/2011
INVOICE NO    00410953

ATTN: DENNIS CUNNINGHAM
LAW OFFICE DENNIS CUNNINGHAM
115 A BARTLETT STREET
SAN FRANCISCO CA 94110

IVAN VERNARD CLEVELAND V. BEN CURRY

| TERMS DESCRIPTION | COURT/CASE NO. | FILE NO. | JOB NO. | FIRM ID |
|---|---|---|---|---|
| .0%  0 DAYS NET 30 | C07-2809JF(PR) | | CLEV.CURR01 | CUNN08 |

| ACTIVITY DESCRIPTION/COMMENTS | DATE | REPORTER | AMOUNT |
|---|---|---|---|
| ORIGINAL + 1, DEPOSITION OF: INEZ GUERRA | 12/20/10 | MEUTEC | 432.40 |
| ORIGINAL + 1, DEPOSITION OF: DOUGLAS KING, JR. | 12/20/10 | MEUTEC | 218.40 |



EXHIBIT C

To charge the amount to your bankcard, simply complete the information below and return to us.

**TOTAL DUE:**  650.80

Please return this stub with your remittance.

AIKEN & WELCH
1 KAISER PLAZA
SUITE 505
OAKLAND CA 94612
(510)451-1580
FAX (510)451-3797
www.aikenwelch.com

Name on Card _____

Card No. _____

Exp. Date _____  Amount _____

Signature _____

DUE DATE         02/24/2011
INVOICE DATE     01/25/2011
INVOICE NUMBER   00410953
INVOICE AMOUNT   650.80
CUNN08 / LAW OFFICE DENNIS CUNNINGHAM

If legal action is required to recover payment, Aiken & Welch shall be entitled to reasonable attorney's fees and costs.

# TRI-COUNTY COURT REPORTING

343 CAYUGA STREET
SALINAS CA 93901
(831) 757-6789 * (888) 380-9789

**Bill To:**

LAW OFFICE OF DENNIS CUNNINGHAM
DENNIS CUNNINGHAM, ESQ.
115 A. BARTLETT STREET
SAN FRANCISCO, CA 94110

# Invoice

Number: **13383**

Date: **October 23, 2013**

**In Re:**

IVAN VERNARD CLEVELAND, et al, vs.
BEN CURRY, WARDEN, et al,
CASE: C-07-2809 NJV

| Federal ID | Terms | Reporter |
|---|---|---|
| 77-0359980 | C.O.D. via EMAIL | LISA MAKER |

| Date | Deposition of: | Description | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/13 | Ivan Cleveland | 1 Certified Transcript | | | 292.50 |
| | | Condensed Transcript | | | 0.00 |
| 03/20/13 | Demetrius Huff | 1 Certified Transcript | | | 195.00 |
| | | Condensed Transcript | | | 0.00 |
| | | Email copy of transcript | | | 0.00 |

[Check image: DENNIS CUNNINGHAM, SAN FRANCISCO, CA 94110-5250, Check #2850, 41506, Date 10/23/13, Pay to the order of TRI-COUNTY REPORTING, $487.50, Four hundred + eighty seven 50/100 DOLLARS, CHASE, JPMorgan Chase Bank, N.A., www.Chase.com, Memo: DEPOS - Cleveland, Huff / LISA MAKER, 07-2809]

**$487.50**

## Thank You For Your Business!

Tri-County Court Reporting
PO BOX 4834
Salinas CA 93912
Fax (831) 757-2310
tricountycourt@sbcglobal.net



EXHIBIT D